Koji F. Fukumura (*Pro Hac Vice*)
Ryan E. Blair (*Pro Hac Vice*)
Heather M. Speers (*Pro Hac Vice*)
Linh K. Nguyen (*Pro Hac Vice*)
**COOLEY LLP**
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Email: kfukumura@cooley.com
        rblair@cooley.com
        hspeers@cooley.com
        lknguyen@cooley.com

Milo Steven Marsden (#4879)
**DORSEY & WHITNEY LLP**
111 South Main Street, Twenty-First Floor
Salt Lake City, Utah 84111-2176
Telephone: (801) 933-7360
Email: marsden.steve@dorsey.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SOLOMON ABADY, Individually and On Behalf of All Others Similarly Situated,<br><br>Lead Plaintiffs,<br><br>vs.<br><br>LIPOCINE INC. and MAHESH V. PATEL,<br><br>Defendants. | **DECLARATION OF RYAN E. BLAIR IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Civil No. 2:19-cv-00906-CW<br><br>District Judge Clark Waddoups<br>Magistrate Judge Cecilia M. Romero |

I, Ryan E. Blair, declare as follows:

1.        I am an attorney licensed to practice law in the State of California, and have been admitted *pro hac vice* in the United States District Court for the District of Utah for purposes of this action.  (ECF 19.)  I am a partner at Cooley LLP, counsel for defendants Lipocine, Inc. ("Lipocine" or the "Company") and Mahesh V. Patel (collectively, "Defendants") in the above-titled action.  I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws ("Motion to Dismiss").  I have personal knowledge of the following and, if called as a witness, could and would testify competently thereto.

2.        Attached as **Appendix 1** is a chart Defendants' counsel prepared that identifies each of the statements challenged in Plaintiffs' Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint"), and the alleged omissions that arguably relate thereto.  Because the Complaint challenges the same statements made on different dates, many of which are pled as large block quotations, which cover multiple topics, Appendix A separates the challenged statements into 17 discrete statements, by number, to aid the Court in its review of the Complaint and Defendants' Motion to Dismiss.  Additionally, because the Complaint identifies the same five or six alleged omissions as to every challenged statement, **Appendix 1** endeavors to identify which omissions arguably relate to which challenged statement.  This is addressed in more detail in Section IV.A.1 of the Motion to Dismiss.

3.        Attached as **Exhibit A** is a true and correct excerpted copy of United States Food and Drug Administration ("FDA") Briefing Document for the Bone, Reproductive, and Urologic Drugs Advisory Committee ("BRUDAC") meeting held on January 10, 2018.  This document is publicly available from the FDA on its website: at https://www.fda.gov/media/110350/download (last visited July 23, 2020).

2

4.          Attached as **Exhibit B** is a true and correct excerpted copy of Lipocine's Briefing Document for the BRUDAC meeting held on January 10, 2018. This document is publicly available from the FDA on its website at: https://www.fda.gov/media/110373/download (last visited July 23, 2020).

5.          Attached as **Exhibit C** is a true and correct excerpted copy of the transcript of the BRUDAC meeting held on January 10, 2018. This document is publicly available from the FDA on its website at: https://www.fda.gov/media/112933/download (last visited July 23, 2020).

6.          Attached as **Exhibit D** is a true and correct excerpted copy of Lipocine's Form 10-Q for the quarter ended September 30, 2018, filed with the United States Securities and Exchange Commission ("SEC") on November 7, 2018. This document is publicly available from the SEC on its website at: https://www.sec.gov/Archives/edgar/data/1535955/0001144204180577 61/tv505211_10q.htm (last visited July 23, 2020).

7.          Attached as **Exhibit E** is a true and correct excerpted copy of Lipocine's Form 10-K for the year ended December 31, 2018, filed with the SEC on March 6, 2019. This document is publicly available from the SEC on its website at: https://www.sec.gov/Archive s/edgar/data/1535955/000114420419012434/tv514295_10k.htm (last visited July 23, 2020).

8.          Attached as **Exhibit F** is a true and correct excerpted copy of Lipocine's Form 10-Q for the quarter ended March 31, 2019, filed with the SEC on May 8, 2019. This document is publicly available from the SEC on its website at: https://www.sec.gov/Archives/edgar/data/15 35955/000114420419024378/tv519604_10q.htm (last visited July 23, 2020).

9.          Attached as **Exhibit G** is a true and correct excerpted copy of Lipocine's Form 10-Q for the quarter ended June 30, 2019, filed with the SEC on August 7, 2019. This document is publicly available from the SEC on its website at: https://www.sec.gov/Archives/edgar/data/153 5955/000114420419038038/tv526036_10q.htm (last visited July 23, 2020).

10.    Attached as **Exhibit H** is a true and correct copy of Mahesh V. Patel's Form 4 filed with the SEC on May 28, 2019.  This document is publicly available from the SEC on its website at:  https://www.sec.gov/Archives/edgar/data/1535955/000163859919000557/xslF345X03/doc4_6127.xml (last visited July 23, 2020).

11.    Attached as **Exhibit I** is a true and correct copy of Lipocine's June 19, 2017, Press Release, attached as an exhibit to Lipocine's Form 8-K filed with the SEC the same day. This document is publicly available from the SEC on its website at:  https://www.sec.gov/Archives/edgar/data/1535955/000114420417033029/v469221_ex99-1.htm (last viewed July 23, 2020).

12.    Attached as **Exhibit J** is a true and correct copy of Lipocine's January 28, 2019, Corporate Presentation, attached as an exhibit to Lipocine's Form 8-K filed with the SEC the same day.  This document is publicly available from the SEC on its website at:  https://www.sec.gov/Archives/edgar/data/1535955/000114420419002959/tv511699_ex99-1.htm  (last  visited  July  23, 2020).

13.    Attached as **Exhibit K** is a true and correct copy of Lipocine's May 14, 2019, Press Release, attached as an exhibit to Lipocine's Form 8-K filed with the SEC the same day. This document is publicly available from the SEC on its website at:  https://www.sec.gov/Archives/edgar/data/1535955/000114420419025779/tv521534_ex99-1.htm (last visited July 23, 2020).

14.    Attached as **Exhibit L** is a true and correct copy of the *Ladenburg Thalmann* report titled, "TLANDO Receives CRL Detailing One Remaining Deficiency; Downgrade to Neutral," which was published on November 11, 2019.

15.    Attached as **Exhibit M** is a true and correct copy of the *Ladenburg Thalmann* report titled, "TLANDO ADCOM Recommends Against Approval; Reduce Price Target to $11," which was published on January 11, 2018.

16.    Attached as **Exhibit N** is a true and correct copy of the *H.C. Wainwright & Co.* report titled, "Expected Tlando CRL; Negative Reaction Overdone? Reiterate Buy and $3 Target," which was published on May 10, 2018.

17.    Attached as **Exhibit O** is a true and correct copy of the *Ladenburg Thalmann* report titled, Positive Interim POC LPCN 1144 NASH Data; TLANDO IP Win; Buy and $5 PT," which was published on January 17, 2019.

18.    Attached as **Exhibit P** is a true and correct copy of the *Zacks Small-Cap Research* report titled, "ABPM Results Expected Before Quarter End," which was published on March 7, 2019.

19.    Attached as **Exhibit Q** is a true and correct copy of the *H.C. Wainwright & Co.* report titled, "One Step Closer to Tlando Approval; November 9 PDUFA; 1Q19 Results," which was published on May 15, 2019.

20.    Attached as **Exhibit R** is a true and correct copy of the *H.C. Wainwright & Co.* report titled, "After Another CRL, Assume Tlando Is Toast; Shifting Gears Entirely to NASH Story with Mid-2020 Phase 2 Data; Lower to $2," which was published on November 11, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on July 24, 2020 in San Diego, California.

*/s/ Ryan E. Blair*
Ryan E. Blair