# Exhibit A



# FDA Briefing Document

# NDA 208088

# Testosterone Undecanoate

# (proposed trade name Tlando)

**For replacement therapy in adult males for conditions associated with a deficiency or absence of endogenous testosterone.**

**Bone, Reproductive, and Urologic Drugs Advisory Committee (BRUDAC) Meeting**

**January 10, 2018**

**Division of Bone, Reproductive, and Urologic Products Office of New Drugs**

**Division of Clinical Pharmacology 3 Office of Clinical Pharmacology**

**Center for Drug Evaluation and Research**

**Exhibit A, Page 2**

**DISCLAIMER STATEMENT**

The attached package contains background information prepared by the Food and Drug Administration (FDA) for the panel members of the advisory committee. The FDA background package often contains assessments and/or conclusions and recommendations written by individual FDA reviewers. Such conclusions and recommendations do not necessarily represent the final position of the individual reviewers, nor do they necessarily represent the final position of the Review Division or Office. We have brought a new drug application (NDA 208088) for testosterone undecanoate oral capsules (proposed trade name, TLANDO) intended for replacement therapy in adult males for conditions associated with a deficiency or absence of endogenous testosterone sponsored by Lipocine, Inc, to this Advisory Committee in order to gain the Committee's insights and opinions. The background package may not include all issues relevant to the final regulatory recommendation and instead is intended to focus on issues identified by the Agency for discussion by the advisory committee. The FDA will not issue a final determination on the issues at hand until input from the advisory committee process has been considered and all reviews have been finalized. The final determination may be affected by issues not discussed at the advisory committee meeting.

# FDA BRIEFING PACKAGE
# TABLE OF CONTENTS

**I.    Introductory Memorandum**

**II.    Issue Based Discussion Points for the Advisory Committee Meeting**

Cardiovascular Safety
- Blood Pressure and Heart Rate
- Hematocrit
- Effects on Serum Lipids

Effects on Endocrine Metabolites

Testosterone Cmax Outliers

Potential Effects on the Hypothalamic Pituitary Adrenal Axis

Clinical Pharmacology Issues
- Ex vivo Conversion of Testosterone Undecanoate to Testosterone
- Effect of Food and Fat Content
- Stopping Criteria

mg/dL with Androgel 1.62%). There was also a mean reduction from baseline in HDL-cholesterol in both trials. In the 52-week trial, there was a mean reduction in HDL-cholesterol of 5.7 mg/dL with Tlando and 2.1 mg/dL with Androgel 1.62%. About 22% of Tlando-treated subjects with normal HDL-cholesterol at baseline shifted to below the normal range at Week 52, compared to 12% of Androgel-treated subjects. In the new 225 mg twice daily trial, there was a mean reduction of 6.9 mg/dL in HDL-cholesterol. About 45% of Tlando-treated subjects with normal HDL-cholesterol at baseline shifted to below the normal range at the end of the study.

Polycythemia is also of interest, because of its association with myocardial infarction and stroke. In the 24-day trial testing 225 mg twice daily, one subject (1%) developed hematocrit above 54%. In the 52-week trial, eight (4%) Tlando-treated subjects and one (1%) Androgel 1.62%-treated subject developed hematocrit above 54%.

We will seek the advisory committee's input on the effects of Tlando on blood pressure and lipid parameters, together with effects on hematocrit and the potential for Tlando to increase the risk of adverse cardiovascular outcomes. This is relevant not only to the small population of men with classic hypogonadism (i.e., those with intrinsic damage to the hypothalamus-pituitary-testicular axis caused by well-recognized medical conditions, such as Klinefelter's syndrome, pituitary tumors, or toxic damage to the testicles), but also to the much larger middle-aged and older population who are receiving testosterone therapies for uses that are not FDA-approved (e.g., age-related hypogonadism).

**Testosterone Undecanoate Conversion to Testosterone:** The Applicant used plain tubes to collect serum and analyze testosterone concentrations in the trials. These tubes are the commonly used specimen matrix for measuring testosterone concentrations in clinical laboratories. Because these tubes do not contain an esterase inhibitor, any esterases present in the serum sample could convert testosterone undecanoate to testosterone. If there is significant *ex vivo* conversion to testosterone, those testosterone data would not reliably reflect endogenous testosterone concentrations. The data presented by the Applicant regarding the extent of *ex vivo* conversion to testosterone are conflicting. We will seek the advisory committee's input on whether the Applicant's serum testosterone data are reliable.

**Potential Adrenal Effects:** As noted previously, testosterone undecanoate caused adrenal cortical vacuolation in male rats and adrenal atrophy in dogs. The Applicant conducted ACTH stimulation testing in the 150 mg three times daily and 225 mg twice daily clinical trials. Six of the 68 subjects (9%) had an abnormal ACTH stimulation test (serum cortisol concentration did not reach at least 18 mcg/dL pre or post-stimulation). Five of these six subjects had abnormal ACTH stimulation testing at baseline before exposure to Tlando. The remaining subject had an abnormal result at the end of study visit, but not at screening.  His highest serum cortisol after ACTH stimulation was 11 mcg/dL. These trials only had a four-week treatment period, which may be insufficient to assess whether Tlando, a drug that will be taken chronically, causes adrenal insufficiency. We will seek the advisory committee's input on the interpretation of these findings and what additional testing, if any, is needed.

**Cmax outliers:** As noted previously trials for testosterone therapies have three standard secondary endpoints to assess for unacceptably high maximal exposures to testosterone that could potentially raise safety concerns. In the new trial that tested 225 mg twice daily, none of these three targets were met. We will seek the advisory committee's input on the relevance of these findings to the safe use of Tlando.

**Testosterone Metabolites**: The goal of testosterone replacement therapy is to restore testosterone and its major metabolites (DHT and estradiol) to the normal range. The Applicant's data show that Tlando leads to supratherapeutic DHT and estradiol concentrations in some subjects: