# Exhibit C

FOOD AND DRUG ADMINISTRATION

CENTER FOR DRUG EVALUATION AND RESEARCH

BONE, REPRODUCTIVE, AND UROLOGIC DRUGS

ADVISORY COMMITTEE (BRUDAC) MEETING

Wednesday, January 10, 2018

8:00 a.m. to 4:00 p.m.

College Park Marriott Hotel and Conference Center

General Vessey Ballroom

3501 University Boulevard East

Hyattsville, Maryland

**Exhibit C, Page 23**

Meeting Roster

**DESIGNATED FEDERAL OFFICER (Non-Voting)**

**Kalyani Bhatt, BS, MS**

Division of Advisory Committee and Consultant

Management

Office of Executive Programs, CDER, FDA


**BONE, REPRODUCTIVE, AND UROLOGIC DRUGS ADVISORY**

**COMMITTEE MEMBERS (Voting)**

**Douglas C. Bauer, MD**

Professor of Medicine and Epidemiology &

Biostatistics

University of California, San Francisco

San Francisco, California


**Roger T. Dmochowski, MD** *(via phone)*

Professor of Urology

Director, Pelvic Medicine and Reconstruction

Fellowship

Department of Urology

Vanderbilt University Hospital

Nashville, Tennessee

**Exhibit C, Page 24**

**Matthew T. Drake, MD, PhD**

Associate Professor of Medicine

Chair, Metabolic Bone Disease Core Group

Division of Endocrinology

Mayo Clinic College of Medicine

Rochester, Minnesota


**Beatrice J. Edwards, MD, MPH, FACP**

Associate Professor

Department of General Internal Medicine

Division of Internal Medicine

University of Texas MD Anderson Cancer Center

Houston, Texas


**Margery Gass, MD**

Executive Director Emerita

North American Menopause Society

Fred Hutchinson Cancer Research Center

Seattle, Washington

**Vivian Lewis, MD**

*(Chairperson)*

Vice Provost for Faculty Development & Diversity

Professor, Obstetrics and Gynecology

University of Rochester

Rochester, New York


**Pamela A. Shaw, PhD**

Associate Professor

Department of Biostatistics and Epidemiology

University of Pennsylvania School of Medicine

Philadelphia, Pennsylvania


**Sarah Sorscher, JD, MPH**

*(Consumer Representative)*

Deputy Director of Regulatory Affairs

Center for Science in the Public Interest

Washington, District of Columbia

5

**BONE, REPRODUCTIVE, AND UROLOGIC DRUGS ADVISORY COMMITTEE MEMBERS (Non-Voting)**

**Gerard G. Nahum, MD, FACOG**

*(Industry Representative)*

Vice President of Global Development, General Medicine

Women's Healthcare, Long-Acting Contraception, Medical Devices, and Special Projects

Bayer HealthCare Pharmaceuticals, Inc.

Parsippany, New Jersey


**TEMPORARY MEMBERS (Voting)**

**Robert A. Adler, MD**

Chief, Endocrinology and Metabolism

McGuire Veterans Affairs Medical Center

Professor of Internal Medicine and of Epidemiology

Virginia Commonwealth University School of Medicine

Richmond, Virginia

**Exhibit C, Page 27**

6

**George Bishopric**

*(Patient Representative)*

Fort Lauderdale, Florida


**Robert Brannigan, MD**

Chief of Male Reproductive Medicine and Men's

Health in the Department of Urology

Professor of Urology

Northwestern University School of Medicine

Chicago, Illinois


**Glenn D. Braunstein, MD**

Professor of Medicine

Cedars-Sinai Medical Center

Los Angeles, California

**Tobias Gerhard, PhD, RPh**

Associate Professor of Pharmacoepidemiology

Ernest Mario School of Pharmacy, and

Institute for Health, Health Care Policy and Aging

Research

Rutgers University

New Brunswick, New Jersey


**Stuart S. Howards, MD**

Professor of Urology

Department of Urology

University of Virginia

Charlottesville, Virginia


**Ziya Kirkali, MD**

Senior Scientific Advisor

National Institute of Kidney

National Institute of Health

Bethesda, Maryland

**Exhibit C, Page 29**

**A. Michael Lincoff, MD**

Director, Cleveland Clinic Coordinating Center for

Clinical Research (C5Research)

Vice Chairman, Department of Cardiovascular

Medicine and Lerner Research Institute

Professor of Medicine

Cleveland, Ohio


**Donald E. Mager, PharmD, PhD**

Associate Professor of Pharmaceutical Sciences

University of Buffalo, SUNY

Department of Pharmaceutical Sciences

School of Pharmacy and Pharmaceutical Sciences

Buffalo, New York


**Robert Rej, PhD**

Associate Professor, School of Public Health,

Biomedical Sciences

Wadsworth School of Laboratory Sciences

Albany Medical College

Albany, New York

**Exhibit C, Page 30**

9

**Peter W. F. Wilson, MD**

Professor of Medicine, Division of Cardiology

Emory University School of Medicine

Atlanta, Georgia


**FDA PARTICIPANTS (Non-Voting)**

**Hylton V. Joffe, MD, MMSc**

Director

Division of Bone, Reproductive and Urologic

Products (DBRUP)

Office of Drug Evaluation III (ODE III)

Office of New Drugs (OND), CDER, FDA


**Martin Kaufman, DPM, MBA**

Clinical Analyst

DBRUP, ODE III, OND, CDER, FDA


**Suresh Kaul, MD**

Clinical Team Leader

DBRUP, ODE III, OND, CDER, FDA

**Exhibit C, Page 31**

10

**LaiMing Lee, PhD**

Clinical Pharmacology Reviewer

Division of Clinical Pharmacology III

Office of Clinical Pharmacology (OCP)

Office of Translational Sciences (OTS), CDER, FDA

11

CONTENTS

AGENDA ITEM                                              PAGE

Call to Order and Introduction of Committee

        Vivian Lewis, MD                                 13

Conflict of Interest Statement

        Kalyani Bhatt, BS                                18

FDA Opening Remarks

        Hylton Joffe, MD, MMSc                           23

**Industry Presentations - Lipocine Inc.**

Introduction

        Mahesh Patel, PhD                                37

TRT Overview

        Adrian Dobs, MD, MHS                             41

Efficacy

        Gary Hoel, RPh, PhD                              46

Safety

        Anthony DelConte, MD                             61

CV Safety

        Peter McCullough, MD, MPH                        71

**Exhibit C, Page 33**

C O N T E N T S

AGENDA ITEM                                              PAGE

TLANDO in Clinical Practice

        Adrian Dobs, MD, MHS                               89

Summary

        Anthony DelConte, MD                               96

Clarifying Questions to the FDA                            98

**FDA Presentations**

Clinical Assessment

        Martin Kaufman, DPM, MBA                          141

Ex Vivo Testosterone Undecanoate to

Testosterone Conversion and Stopping

Criteria

        LaiMing Lee, PhD                                  155

Clarifying Questions to the FDA                           176

Open Public Hearing                                       210

Clarifying Questions to Industry or FDA                   253

Questions to the Committee and Discussion                 273

Adjournment                                               338

**Exhibit C, Page 34**

P R O C E E D I N G S

(8:00 a.m.)

**Call to Order**

**Introduction of Committee**

DR. LEWIS:  Good morning, everyone.  My name is Vivian Lewis, and I'd like to welcome you all to this meeting.  I'd like to remind everyone to please silence their phones, smartphones, and other devices if you have not already done so.

I would also like to identify the FDA press contact, Andrea Fischer.  Is Andrea here?

DR. BHATT:  She's not here.

DR. LEWIS:  Not here today, but if you need her information, we have it for you in case you have any questions from the press.

I would now like to ask the members of the committee and the FDA panel to go around the table and introduce themselves and their affiliation for the record.  Let's start with Dr. Nahum.

DR. NAHUM:  Gerard Nahum, industry representative from Bayer Healthcare Pharmaceuticals.  I'm vice president of clinical

**Exhibit C, Page 35**

renal function can impact sodium and potassium. Mean sodium and potassium levels were not different between Tlando and AndroGel at 52 weeks. An analysis of sodium and potassium outliers also revealed no safety signal.

We carefully evaluated the relevance of Cmax excursions with respect to safety. We noted that the excursions were transient and isolated events. We looked at the correlations between Cmax values greater than 1500 with adverse events, blood pressure, HDL, H&H, and PSA, and did not see any differences in subjects with values greater than 1500 versus those with values less than or equal to 1500.

To summarize, the overall adverse events were comparable in the two treatment arms. Cardiovascular events were infrequent and balanced between the two arms. Androgenic events occurred and were consistent with the TRT class. The SAEs occurred in 5.7 percent of Tlando subjects and 1.9 percent of AndroGel subjects. These were very diverse in nature, not indicating any specific

**Exhibit C, Page 36**

quite a few time points. You have a total of 15 time points over a 24-hour period, which is most and what most companies do to evaluate these products.

Just one other thing to mention about Cmax is that we have two opportunities to exceed this criteria, whereas these criteria, we believe, were probably initially developed for the transdermal and longer acting products -- for instance, an injectable product has one Cmax in 10 weeks -- a transdermal product has one Cmax per day. When they do have excursions, those excursions can lead to prolonged testosterone levels.

So we feel that those were primarily developed for products that would provide sustained testosterone levels at a high level. Ours do not do that. We do see a very transient thing.

I do have one slide I'll show, and I'll get back to your 7 to 9 window. But I'd just like to point out one thing, slide up. Here's a slide where we looked in study 16-002. We looked at exposure time, and we have two figures here.

**Exhibit C, Page 37**

DR. LEWIS:  Let's get back to FDA questions, please.  Dr. Howards, and then Dr. Lincoff.

DR. HOWARDS:  I have two questions.  The first is, as I understand it, several TU products have been approved by the FDA, non-oral, and my question is how is the TU to T conversion analysis handled for those products?

DR. LEE:  Thank you, Dr. Howards, for that question.  We actually did look into that.  We are aware of what we approve, and the one TU product that's approved is Aveed.  It's an injection.  It's an intramuscular injection.  The TU concentration is actually very low.  If you look at the product label, the TU concentration is 91 nanograms per deciliter, not the Cavg of over 11,000 we see with this product.

So that's Cmax.  The Cmax of TU in Aveed is 91 nanograms per deciliter, so much lower than what we see with this product.

DR. HOWARDS:  Thank you.  I think I understand your answer.  The second question is how does the FDA feel about the sponsor's thesis that

**Exhibit C, Page 38**

these Tmax outliers are of very short duration and therefore not of great clinical concern?

DR. JOFFE:  This is Hylton Joffe.  This is certainly very novel.  If this was a topical testosterone and came with those Cmax values, we would reject the application and say it shouldn't be approved.  Those have different pharmacokinetic profiles than what you're seeing here.

This is actually a very novel area for the FDA, and that's one of the areas where we seek your input as well in terms of how to handle these Cmax outliers for this product.

DR. HOWARDS:  Thank you.

DR. LEWIS:  Thank you.  Dr. Lincoff?

DR. LINCOFF:  I actually want to thank Dr. Lee for what I think was a very helpful analysis and presentation, particularly regarding this effect of TU to T conversion.  I want to make sure I understand this, so if we could have slide 18, please?

The sponsor positioned the ethanol PBS buffer as not activate -- you can't hear me?

like it's not a major concern and could be a class effect to some extent, and certainly, external studies from Europe don't suggest that it's tied to any clinical concern.  Furthermore, it was not a widespread finding.

Question C, subjects with maximal testosterone concentrations, that is Cmax, that exceed the prespecified targets, to what extent do we think that Tlando has been adequately characterized?  Do we need any additional safety data?  What type of data are needed, and when should they be obtained?

Dr. Lincoff?

DR. LINCOFF:  I think the sponsor's made a persuasive argument with their data regarding how long patients spend at those peaks and also the very real point that with this kind of BID drug, they have many more opportunities to have a max than for other formulations.

So in the absence of evidence that the peaks are that important or rather as compared with the overall exposure, the average, I think that

**Exhibit C, Page 40**

although they don't meet the secondary endpoints of the FDA criteria, those criteria may be for other drug formulations, I don't find this of concern.  I think that the average exposure is the more important issue.

DR. LEWIS:  Others?  Ms. Sorscher?

MS. SORSCHER:  It is a short at the peaks, but they are going through this twice a day every day.  I think what concerns me is there's no kind of data assessing what kind of clinical impact it has.  And I'm wondering if there's a way to go back through the trial data that they already have to look at patients who were experiencing higher than usual peaks, whether they had any adverse events or whether another trial is needed to assess effect on symptoms.  Because it's just very hard to say what going through those peaks means, particularly since it's something that happens on a twice-daily basis.

DR. LEWIS:  Dr. Nahum?

DR. NAHUM:  Dr. Nahum.  I wonder when we think about these peaks, how the upper-level value that was chosen was actually arrived at.  In other

**Exhibit C, Page 41**

words, what kind of data was brought to bear in terms of safety or efficacy to decide that that upper bound should be where it is.

One of the things about talking about peaks exceeding that level is we need to be able to define why that level is actually there. I'm not sure that there's a compendium of evidence that suggests that levels that would exceed that threshold that we're talking about are necessarily detrimental or dangerous.

So I would agree with the other panelists that I'm not worried about this and that the amount of time it's been over those levels is actually brief enough that it should not be of concern.

DR. LEWIS: Is that it?

(No response.)

DR. LEWIS: So in terms of the Cmax or maximal testosterone concentration, there isn't a lot of evidence that this has a safety impact, however, it would be nice to have additional data on those specific individuals who had a Cmax that exceeded the limit to find if they experienced any

**Exhibit C, Page 42**

particular symptoms during that time, as well a greater understanding of how the Cmax was chosen in terms of its physiologic or clinical significance.

Let's look at the adrenal-related findings, including ACTH stimulation results. Has Tlando been adequately characterized, if we need additional safety data, what type and when?

Dr. Adler?

DR. ADLER: Someone made the comment, I think it was Dr. Braunstein, that probably those patients who didn't respond to ACTH didn't get ACTH. I think that's correct.

I'm not particularly concerned about the rat and dog data showing that large amounts of androgens suppress the adrenals. I think our understanding of normal physiology of androgen secretion from the adrenals in male animals is pretty primitive, and it would not surprise me that if you give large amounts of any androgen, that you would have some suppressive effect on the adrenals.

We certainly didn't see any evidence that the glomerulosa, the layer that makes mineral, a

DR. LEWIS:  Thank you.

DR. MAGER:  Don Mager, I voted no.  Again, my primary reason goes back to yesterday, and that is the hypertension signals and questions about cardiovascular safety.

Again, just as yesterday, I appreciate the patients as well as the patient advocates that came in today in pointing out once again the critical unmet need here.  However, we do have a safety signal, especially in the 150, 3 times a day dosing coupled with what we discussed yesterday.  It's public knowledge that this needs to be investigated further.  The FDA has raised residual uncertainties about cardiovascular safety, in particular hypertension, and I think in particular hypertension should be evaluated as was recommended.

I also have a lot of residual uncertainties about the studies.  You have study 1 and study 2 failing to meet the secondary criteria.  And you can argue what does that mean, but the criteria, they exist.  You have study 1 and study 2 failing

**Exhibit C, Page 44**

to meet the secondary criteria, study 3 meeting the criteria, but then failing the primary.

All of that to me says that we really don't understand the variability of the compound itself, and it's still unclear to me why the Cavg from study 2 doesn't equal the Cavg from study 3. Clearances being equal, those things should have been equal.  That tells me that we still do not understand the variability.

The FDA did a simulation study, which was not discussed yesterday.  It's a published abstract that they presented at the American Conference on Pharmacometrics, and it was run by the pharmacometrician that was here yesterday.  And it stated that it is highly unlikely that companies will meet both primary and secondary criteria unless you have a good understanding of the interoccasion variability, what governs the variability in a patient from one time to another. Otherwise, you're unlikely to meet those to begin with.

So all of those unaddressed residual

**Exhibit C, Page 45**

variabilities is not the major reason why I'm voting no, but it certainly, I think, needs to be addressed.

Then finally, I don't feel the stopping criteria is very robust. I understand, okay, physicians may then choose to raise or lower the dose, but if you only have one dosage form available and you're only going to have one dosage that's approved, there's no guidance then for them to raise or lower. So I think there's more work to be done, essentially.

DR. LEWIS: Thank you. Dr. Howards?

DR. HOWARDS: Stuart Howards, I made a very hesitant yes vote, and I certainly would have no problem at all -- in fact, I would recommend a post-trial ambulatory blood pressure monitoring plan, and I thought it was a very good suggestion that it could be done in one day in the office.

If reversing the decision, if that plan turned out to show increase in blood pressure, if that would be difficult for the FDA to accomplish, which it might well be because once all these

**Exhibit C, Page 46**

people are taking this drug, it might be really hard, if that's the case, then I would vote no. But I don't know the answer to that.

I have no problem if the FDA decides to require a pre-approval ambulatory blood pressure study.  As I mentioned yesterday, if I were king, I would only allow this drug to be administered by certified subspecialists who took a required course.

DR. LEWIS:  Thank you.  Dr. Kirkali?

DR. KIRKALI:  In this case, I voted no mainly because of the safety concerns that I had for a potential drug that can be used quite long term.  I was not really convinced of the long-term safety of this drug based on the data that was provided.

The high dropout rate in the first study was concerning to me, really high dropout in the first study in the long-term study.  The two studies, the 002 and 003, were really short-term studies that really did not convince me on the long-term safety of the drug.

**Exhibit C, Page 47**

Certainly, the stopping criteria could have been worked a little bit better, and the unclarity of the T measurements in the serum tubes is certainly another issue that needs to be tackled as well.  That was my reasoning despite my firm believe that we need more products in the market for the patients.

DR. LEWIS:  Thank you.  Dr. Gerhard?

DR. GERHARD:  Tobias Gerard.  I voted no with two different arguments.  For the sought indication, I would like to see an ambulatory blood pressure study.  However, I recognize the need for an oral product with that rather limited indication of population and indication where I think the benefits will likely outweigh the risks.  Even potentially if there is a small increase in cardiovascular risk, some patients might be willing to take that tradeoff and can make that decision.

However, the much bigger concern by far is the off-label use in the older population with low T for which there is just no benefit established.  I think before any oral testosterone product is

**Exhibit C, Page 48**

324

approved, regardless of the data for the limited population, there needs to be real traditional phase 3 trials with hard outcomes and safety outcomes in larger group of patients.

You cannot expose potentially millions of older people, older men in this case, to products that may increase cardiovascular risks for questionable benefit based on pharmacokinetic studies in a couple hundred people for maybe a year or less.

I feel very strongly about there would have to be REMS that really have some plans that have real teeth with it.  Warnings on the label, a black box warning, education programs, I think wouldn't be sufficient here.  It would be to be something like what is in place for clozapine, isotretinoin, or similar examples.

For those reasons, I think FDA would have to be really careful with the approval of any oral product regardless of the specific findings for the more narrow classic indication for which there clearly is a need and there should be a product.

**Exhibit C, Page 49**

DR. LEWIS:  Thank you.  Dr. Adler?

DR. ADLER:  I voted yes because I think for the indicated population, the benefits outweigh the risks.  I'm not concerned about the variability because I think that's true of all testosterone preparations, and this is no different.  The concern has always been with too much testosterone, which I don't think is a problem with this given dosage regimen.

As far as the risks are concern, the one that is still not well explained is the potential blood pressure risk.  I think that can be established with either a pre- or post-approval study.  It certainly would be safer to do it as a pre-approval with a short study.  What Dr. Wilson suggested sounded pretty straightforward to me and very doable.  But with that caveat, I thought that overall I voted yes.

DR. LEWIS:  Thank you.  Dr. Brannigan?

DR. BRANNIGAN:  My only concern is the issue of blood pressure, the unanswered questions there. Dr. Kaufman this morning mentioned this morning

**Exhibit C, Page 50**

that the cardiology consultants did recommend properly designed studies looking at ambulatory blood pressure measurements, and I am hoping that that data can be gathered as efficiently as Dr. Wilson has indicated.

Again, that's the only issue, the only concern I have with this product, and I'm hoping that it makes its way through successfully in the very near future.

DR. LEWIS:  Thank you.  Mr. Bishopric.

DR. BISHOPRIC:  Bishopric.  It's in the dictionary.  I reluctantly voted no.  I am very aware of what we call convenience, but I think should be called encumbrance because no medication is actually easy to use.  All of them are limiting. It's really the question of would you rather have an electronic ankle bracelet or be chained to the wall or have a ball and chain.  All of them are unpleasant, confining, and restrictive.  I think convenience is the wrong term, but it is important.

We have other products that meet the need now so I didn't see why we had to have one where we

**Exhibit C, Page 51**

don't really have a good test for measuring it and we don't really have ideas about its effect on blood pressure.

DR. LEWIS:  Thank you.  Ms. Sorscher?

MS. SORSCHER:  I voted no, and it was primarily because of this absence of an adequate blood pressure monitoring study.  I think such a study would need to be conducted pre-approval both because it informs the approval decision and also because it informs patients and doctors about risks of the drug should it be approved.  I think that that study should be longer than 7 weeks so that we can actually see if the increase tops out at that point.

I also think we need to get a better handle on the TU to T conversion.  We don't have a clinical trial with hard endpoints measuring symptoms, and all we have is this PK study.  Given that what we saw from the FDA, it's not even clear that that shows that it's achieving the levels of testosterone and not measuring something that's happening the sample after it's taken from the

**Exhibit C, Page 52**

patient.  So that's a question that definitely needs to be answered.

I'd like also to see large well-controlled clinical trials measuring symptoms and important outcomes.  I think those trials should probably also be conducted for the products that are already on the market.

DR. LEWIS:  Thank you.  Dr. Bauer?

DR. BAUER:  I voted no for three reasons. The first two of which I think have been well characterized, which is uncertainly about the blood pressure effects and also some troubling confusion about the laboratory assessment and its impact on monitoring and other important factors.

I continue to be concerned that the indication that the sponsor is seeking is overly broad and really does lend itself to off-label use, which I think is an extremely important problem, and again, I've heard little today about how actually that might be mitigated.

I'm also anxious to see the cardiovascular trial be completed before additional agents are

**Exhibit C, Page 53**

329

approved.

DR. LEWIS:  Thank you.

I voted no basically for all the reasons that Dr. Bauer just cited.

Dr. Shaw?

DR. SHAW:  Yes, I voted no, two basic reasons, the first regarding the cardiovascular safety, inadequate blood pressure monitoring.  I felt like prior to approval, they should do this more rigorous ambulatory blood pressure monitoring study with attention to who's in that study in terms of existing hypertension history.  I think that's important information.

I was also concerned that we have one trial with roughly 200 people of which 130 finished, of which only about 60 percent were on the dose.  So very few actually were monitored for up to a year. Depending on what you saw in that more rigorous blood pressure study, I'm not sure whether I feel like a longer-term follow-up needs to be done pre-approval or post.  I think that's contingent on what you learn from the more rigorous blood

**Exhibit C, Page 54**

pressure, but it should be noted that many people will use this, millions for long periods of time, and we only had maybe 60 or 70 completers in that dose, I think if I did the math right.

The second thing is I have concerns over the stopping rules that we don't have sufficient information on how good the 7 to 9 and maybe this believe the negative rule is correlating with identifying Cavgs that are either high or low. They were four that were detected. Four out of four has a 95 percent confidence interval with a lower endpoint of 0.4.

So there's pretty low diagnostic accuracy that would be consistent with four out of four so that's concerning. I don't know if the symptomatology could help and that that may be some input about that. There were only 42, I think, that were too low.

So again, we don't have much information really on the diagnostic accuracy, and so that's concerning.

DR. LEWIS: Thank you. Dr. Drake?

**Exhibit C, Page 55**

331

DR. DRAKE:  Matthew Drake.  I voted a soft yes.  I think that based upon the data that's been presented by the sponsor, I think, in general, quite compelling.  The only caveat or reservation that I have relates to the absence of ambulatory blood pressure monitoring.

The data that they presented with single-cuff assessment looks quite promising, but I think following that up with something that's a big more rigorous, given that we have potential concerns based on data available in the public domain is certainly reasonable.  I would ideally like to have that be performed pre-approval.  Post-approval, I think the cat's out of the bag.  It's more challenging.  So that's my soft yes.

DR. LEWIS:  Thank you.

Dr. Dmochowski?  Did you vote?  He did vote.  He voted no.  Are you still on the phone?

DR. DMOCHOWSKI:  Can you hear me?

DR. LEWIS:  Yes, now we can hear you.

DR. DMOCHOWSKI:  Yes, I voted no.  Roger Dmochowski.  I voted no, but I really struggled

**Exhibit C, Page 56**

with this decision for a lot of the reasons that the other panelists have mentioned. To distill it down primarily, it was the issues from our cardiologic colleagues and their disconcertment with single blood pressure monitorings at various time frames.

I think that could be remedied very quickly. I don't think we need to have a long-term study, but I do think we need to have a more robust cardiovascular monitoring.

Dr. Lewis, you also asked sort of a Socratic question, I think, in one of your comments regarding the issue about monitoring and continuation and whatnot and, really as physicians, how do we manage these type of drugs?

Although the agency really does split away the quality of life and the other issues associated with patient approbation of treatment, unfortunately, that does influence our prescribing habits, like it or not, in the real world. We want to try to help our patients, and some of that is pleasing our patients.

I do think the variability that we've seen in some of this data and also some of the softness of the stopping rules should also be tightened up on. Thank you very much.

DR. LEWIS: Thank you. Dr. Gass?

DR. GASS: I'd like to see the product on the market, but I voted no for the same reasons that everybody else has stated, the ambulatory blood pressure. I'd like to see the company be a little more proactive in their postmarketing surveillance. This is at the top of list with opioids as far as abuse goes, so maybe in more collaboration with FDA, some better policies can be developed. And the other items that were mentioned as well, I don't need to repeat.

DR. LEWIS: Thank you. Dr. Edwards?

DR. EDWARDS: I voted yes because there are observational studies in the VA that show that testosterone therapy to veterans, who you know are a very difficult population with a lot of alcohol abuse, smoking, and liver disease, they are associated with improved survival.

**Exhibit C, Page 58**

Sure, there are biases. It's an observational study, but hopefully, a testosterone trial will show us benefit. Already, it's showing benefit in terms of physical strength, vitality, sexual activity, quality of life. They're already showing a positive effect, so it's just a matter of getting the results back.

I would say approval would be pending an ABPM trial, and then just close monitoring and education of physicians in the community.

DR. LEWIS: Thank you. Dr. Braunstein?

DR. BRAUNSTEIN: I voted yes for several reasons. First of all, I do feel that it meets an unmet need for an oral agent, easily taken for individuals of classical hypogonadism. Secondly, I think that the company has shown that this is effective from the standpoint of having an increase in DHT, estradiol levels, hemoglobin, hematocrit, et cetera.

I think that the PK, if we can totally accept the PK information, which I'm not quite so sure we can based on serum versus using blood

**Exhibit C, Page 59**

335

collected with an esterase inhibitor -- but the PK data does comport with the types of requirements that the FDA has had for at least Cavg.  So I don't think it's any better or worse than many of the other agents that are already approved, and I don't think it should be held to a higher standard.

Next, I think that we're in a situation where the good is sort of being held captive of the perfect.  This is not a trial of a brand-new type of drug, brand-new agent.  It's a new formulation of a drug.

Therefore, I don't think that the company should be held to the standard of having to show clinical efficacy over a long period of time with measurements of bone mineral density improvement, strength improvement, increase in libido, et cetera, et cetera.  I think that's well established for testosterone replacement in classical hypogonadal individuals.  I don't think the company needs to be held to that standard.

Finally, I do agree that there's concerns about off-label use, but I think that's a societal

**Exhibit C, Page 60**

problem.  I think that the company should develop a REMS program that the FDA agrees with that has certain requirements before physicians can prescribe this medication in a standard fashion.

If a physician decides to use it off label and patient's going to pay for it, we can't really control that, and I don't think that's the responsibility of the drug company.  But I think that's a societal problem that we have to deal with.  But I would not not approve a drug that fits an unmet need because of that potential risk. Thank you.

DR. LEWIS:  Thank you.  Dr. Wilson?

DR. WILSON:  Peter Wilson.  I voted no.  I do feel, as was mentioned by Dr. Howards, that this is ready for younger people with primary hypogonadism with some restrictions, potentially a REMS program to get it going for younger individuals who are not at much cardiovascular risk and really not much concern about high blood pressure.

I'll just make one other comment about blood

**Exhibit C, Page 61**

pressure.  I think a relatively short-term study could be carried out.  Probably it could be done with 1 or 2 months on therapy with an active comparator group, probably a gel.  The gold standard would be a 24-hour, as Dr. Lincoff said.  The silver standard might be a daytime study.  But the key would be an active comparator to demonstrate safety.

DR. LEWIS:  Thank you.  Dr. Lincoff?

DR. LINCOFF:  Michael Lincoff.  I voted no, but it's a very soft no.  I think the AB blood pressure study is the key issue.  I think it's also not a big deal to figure out the assay.  But beyond that, I'm actually not bothered by the pharmacokinetics.

I think if we're going to have an oral agent, we're going to have different pharmacokinetics from the sustained releases, and we just have to accept that.  The small question associated with that I think is far outweighed by the convenience of the dosing.

In a very circumscribed fashion of these

**Exhibit C, Page 62**

studies, if data can be provided, I would want to see this drug available.

DR. LEWIS:  Thank you.

Thank you, panel members, FDA, public speakers, and sponsor.  Before we adjourn, are there any last comments from FDA?

DR. JOFFE:  I want again to thank everybody for spending two days with us and braving coming down to D.C. with our crazy weather.  Also, thanks to Suresh Kaul for work behind the scenes.  He's the team leader in FDA for the project.  Our advisory committee staff and of course, Jeannie Roule, who is handling a lot of the administrative and regulatory issues behind the scenes.  Thanks very much.  We'll take all of this back and carefully think about it and figure out next steps.

**Adjournment**

DR. LEWIS:  Thank you.  Panel members, let me remind you to take all the personal belongings with you as you leave the room.

(Whereupon, at 4:00 p.m., the meeting was adjourned.)