# Exhibit L

Exhibit L, Page 166



**Biotechnology**
**Rating Change**
**November 11, 2019**
**NEUTRAL**
Matthew L. Kaplan; mkaplan@ladenburg.com
212.891.5247

# LIPOCINE INC.

## TLANDO Receives CRL Detailing One Remaining Deficiency; Downgrade to Neutral

LPCN (NASDAQ)

| Company & Market Data | |
|---|---|
| Closing Price (as of 11/08/2019): | $2.73 |
| Rating: | NEUTRAL |
| *Prior Rating:* | *BUY* |
| Price Target: | NA |
| *Prior Price Target:* | *$5.00* |
| 52 Week Range: | $1.04 - $3.45 |
| Shares Outstanding (MM): | 24.8 |
| Market Capitalization (MM): | $68 |
| Cash (MM): | $19.5 |
| Debt (MM): | $8.7 |
| Fiscal Year End: | Dec |

*Cash (MM): As of June 30, 2019

| Estimates | | | |
|---|---|---|---|
| **EPS** | **2018A** | **2019E** | **2020E** |
| **1Q** | $(0.13) | $(0.14)A | $(0.08) |
| **2Q** | $(0.15) | $(0.14)A | $(0.03) |
| **3Q** | $(0.12) | $(0.14) | $0.02 |
| **4Q** | $(0.15) | $(0.12) | $0.05 |
| **Full Year** | $(0.55) | $(0.54) | $(0.03) |
| **Revenue (MM)** | $0.4 | $0.0 | $18.4 |



*Chart data: Bloomberg*

**TLANDO CRL received highlighting one remaining issue, questions surrounding Cmax secondary endpoints.** The CRL focused on one remaining deficiency, stating the efficacy trial did not meet the three secondary endpoints for maximal testosterone concentrations (Cmax). Lipocine noted the CRL does not identify any specific issues relating to the CMC. In our view, given the approval of the Clarus oral testosterone with Cmax excursions which were more profound than the TLANDO data, we believe LPCN has reasonable grounds to appeal the FDA's decision as the two products should be evaluated using consistent Cmax criteria. Additionally, TLANDO Cmax data were discussed at the prior ADCOM meeting and the ADCOM panel seemed comfortable with the TLANDO Cmax data showing the Cmax excursions were transient in nature.

Recall, the prior CRL detailed four issues associated with the TLANDO NDA which were: 1) the need to determine the extent, if any, of the ex vivo conversion of testosterone undecanoate (TU) to testosterone (T) in serum blood collection tubes to determine the reliability of T data. This is an important question as it could impact the levels of T in the PK data assessments including the Cmax and Cave data. LPCN addressed this issue in a study that establishes if a conversion of TU to T is occurring ex-vivo in the blood collection vessels utilized in the study; 2) the need to obtain definitive evidence pre-approval via an ambulatory blood pressure (AMB BP) monitoring study to determine if TLANDO causes a clinically meaningful increase in BP. The company successfully completed the Ambulatory Blood Pressure Monitoring (ABPM) study, which showed results in line with approved testosterone replacement; 3) the need to verify the reliability of the Cmax data and providing justification for the non-applicability of the agreed-upon and prespecified Cmax secondary endpoints for TLANDO; 4) the need to determine the appropriate stopping criteria that can reproducibly and accurately identify patients who should discontinue use of TLANDO. We believe stopping criteria were adequately addressed.

**Next steps for TLANDO NDA.** We expect LPCN to request a meeting with the FDA and ultimately file an appeal to the CRL. We look forward to the company meeting with the FDA to discuss the CRL and the FDA's feedback and for details associated with the potential timeline for the LPCN appeal process with the FDA.

**Cash position.** The company ended 2Q19 with $19.5 million in cash (which includes $5 million of restricted cash). We believe their cash position is sufficient to run into 2H20.

**We lower our rating to NEUTRAL from Buy.** Given the CRL and the uncertainty surrounding the potential appeal process and the ultimate approval of TLANDO, we are downgrading our rating to NEUTRAL and removing our price target.

Disclosures and Analyst Certifications can be found in Appendix A.

277 Park Avenue 26th Floor  •  New York, New York 10172  •  Telephone: 212-409-2000  •  800-LAD-THAL

Member: NYSE, NYSE American, NYSE Arca, FINRA, all other principal exchanges and SIPC

**Exhibit L, Page 167**

**TLANDO CRL received highlighting one remaining issue, questions surrounding Cmax secondary endpoints.**  The CRL focused on one remaining deficiency, stating the efficacy trial did not meet the three secondary endpoints for maximal testosterone concentrations (Cmax).  Lipocine noted the CRL does not identify any specific issues relating to the CMC.  In our view, given the approval of the Clarus oral testosterone with Cmax excursions which were more profound than the TLANDO data, we believe LPCN has reasonable grounds to appeal the FDA's decision as the two products should be evaluated using consistent Cmax criteria.  Additionally, TLANDO Cmax data were discussed at the prior ADCOM meeting and the ADCOM panel seemed comfortable with the TLANDO Cmax data showing the Cmax excursions were transient in nature.

Recall, the prior CRL detailed four issues associated with the TLANDO NDA which were: 1) the need to determine the extent, if any, of the ex vivo conversion of testosterone undecanoate (TU) to testosterone (T) in serum blood collection tubes to determine the reliability of T data. This is an important question as it could impact the levels of T in the PK data assessments including the Cmax and Cave data. LPCN addressed this issue in a study that establishes if a conversion of TU to T is occurring ex vivo in the blood collection vessels utilized in the study.  2) the need to obtain definitive evidence pre-approval via an ambulatory blood pressure (AMB BP) monitoring study to determine if TLANDO causes a clinically meaningful increase in BP.  The company successfully completed the Ambulatory Blood Pressure Monitoring (ABPM) study, which showed results in line with approved testosterone replacement. 3) the need to verify the reliability of the Cmax data and providing justification for the non-applicability of the agreed-upon and prespecified Cmax secondary endpoints for TLANDO.  4) the need to determine the appropriate stopping criteria that can reproducibly and accurately identify patients who should discontinue use of TLANDO. We believe stopping criteria were adequately addressed.

**Next steps for TLANDO NDA.** We expect LPCN to request a meeting with the FDA and ultimately file an appeal to the CRL.   We look forward to the company meeting with the FDA to discuss the CRL and the FDA's feedback and for details associated with the potential timeline for the LPCN appeal process with the FDA.

**TLANDO positive results from Ambulatory Blood Pressure Monitoring (ABPM) study, which showed results in line with approved testosterone replacement therapy.**  Lipocine has been working to resolve the four issues detailed in the CRL received in May 2018. As a reminder, one of the four issues associated with the TLANDO NDA detailed in the CRL was the need to obtain definitive evidence pre-approval via an ambulatory blood pressure (AMB BP) monitoring study to determine if TLANDO causes a clinically meaningful increase in BP. The company reached an agreement with the FDA on the AMB BP study protocol to include ~135 subjects treated for 4-months.

The AMB BP study, which was an open-label, single-arm trial, enrolled 144 hypogonadal male subjects who were treated for 4-months with TLANDO (225mg BID) subjects. 24-hour BP measurements were made at baseline and then again at the end of the study. 138 patients received at least one dose of TLANDO and 126 subjects completed the study with 118 subject with evaluable baseline and end of study 24-hour AMB BP measurements.  48% of the subjects were hypertensive and 24% were type 2 diabetic. Baseline mean 24-hour systolic BP and diastolic BP were 127 (SD of 16) mmHg and 79 (SD of 6) mmHg, respectively. The mean change for 24-hour SBP and DBP in mmHg was +3.82 (95% CI of 1.69, 5.96) and +1.20 (95% CI of 0.31, 2.08), respectively. Of the subjects (n=25) with baseline 24-hour average SBP >140 mmHg, 32% were less than or equal to 140 mm Hg at the end of study.  Additionally, of the subjects (n=93) with baseline 24-hour average SBP of $\leq$140 mmHg, 9.7% of the subjects were >140 mmHg at the end of study.



**Exhibit L, Page 168**

**Exhibit 1: Summary of TLANDO AMB BP Study Results**

| Parameter | Mean Change in BP, mmHg (95% CI) |
|---|---|
| 24-hour SBP | 3.82 (1.69, 5.96) |
| 24-hour DBP | 1.20 (0.31, 2.08) |

Source: Lipocine Press Release 3/27/19

Importantly, XYOSTED (an injectable TRT) was approved by the FDA with AMB BP study data showing a mean change in SBP from baseline of +3.9 mmHg (90% CI 1.8, 6.0) and the mean change in DBP of +1.5 mmHg (95% CI 0.5, 2.5). Additionally, JATENZO (an oral TRT) was approved by the FDA on March 27, 2019 with AMB BP study data, reported in the FDA ADCOM briefing book, showing a mean change in SBP from baseline of +5.0 mmHg (95% CI 3.6, 6.5) and the mean change in DBP of +1.5 mmHg (95% CI 0.5, 2.5). Overall, we are encouraged by the TLANDO AMB BP study results and believe they similar to the two most recently approved TRTs, XYOSTED and JATENZO.

**FROM THE XYOSTED LABEL**

**5.1 Blood Pressure Increases**

In clinical trials, XYOSTED increased systolic BP in the first 12 weeks of treatment by an average of 4 mmHg based on ambulatory blood pressure monitoring (ABPM) and by an average of 4 mmHg from baseline following 1 year of treatment based on blood pressure cuff measurements [see Adverse Reactions (6.1)]. In the one-year trial, 10% of XYOSTED-treated patients were started on antihypertensive medications or required changes to their antihypertensive medication regimen. These BP increases can increase the risk of MACE, with greater risk in patients with established cardiovascular disease or risk factors for cardiovascular disease [see Boxed Warning]. In some patients, the increase in BP with XYOSTED may be too small to detect, but can still increase the risk for MACE. Before initiating XYOSTED, consider the patient's baseline cardiovascular risk and ensure blood pressure is adequately controlled. Check BP approximately 6 weeks after initiating XYOSTED and periodically thereafter. Treat new-onset hypertension or exacerbations of pre-existing hypertension. Re-evaluate whether the benefits of continued treatment with XYOSTED outweigh its risks in patients who develop cardiovascular risk factors or cardiovascular disease.

**XYOSTED BP Increases in the 6-Month Clinical Study**

In the 6-month clinical study, 24-hour ambulatory blood pressure monitoring (ABPM) was conducted in 133 patients, 113 of whom completed the study. ABPM was conducted at 3 distinct 24-hour time periods: at Baseline and following 6 and 12 weeks of XYOSTED therapy. A total of 78 patients had acceptable ABPM recordings at all three time periods. In that group, the mean change in systolic BP from baseline to Week 12 (n=62) was + 3.9 mmHg (90% CI 1.8-6.0) and the mean change in diastolic BP was 1.5 mmHg (95% CI 0.5-2.5).

**FROM THE JATENZO FDA APPROVAL ANNOUNCEMENT**

(www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm634585.htm)

Jatenzo contains a boxed warning on its labeling stating that the drug can cause blood pressure to rise, increasing the risk of heart attack, stroke and cardiovascular death. Health care providers should consider a patient's individual heart disease risks and ensure that blood pressure is adequately controlled before prescribing Jatenzo; they should also periodically monitor patient blood pressure during treatment. Jatenzo is currently one of two testosterone products that have this boxed warning. The FDA is requiring all testosterone product manufacturers to conduct blood pressure post-marketing trials to more clearly address whether these products increase blood pressure.



If approved, we would expect the TLANDO label to include similar BP warning language to what XYOSTED and JATENZO have.

**On April 03, 2019, Lipocine filed a lawsuit against Clarus Therapeutics for patent infringement.** LPCN seeks an injunction against the Marketing of Clarus Therapeutics' JATENZO as it infringes on six of Lipocine's U.S. patents.

**TLANDO IP win versus Clarus.** The USPTO's Patent Trial and Appeal Board ("PTAB") granted Lipocine's Priority Motion in the patent interference case (Case No. 106,045) between Clarus Therapeutics, Inc. (Private Company) based on the Clarus U.S. Patent No. 8,828,428 and Lipocine's U.S. Patent Application No. 14/713,692, and the PTAB entered an adverse judgment against Clarus. Importantly, the PTAB ruling cancels all claims of the Clarus '428 patent. We believe this represents a significant win for Lipocine as this essentially eliminates the patent challenge by Clarus and it makes the Lipocine IP position stronger as their IP has been found to have priority following a challenge by a potential competitor. In fact, based on this ruling, we believe if Clarus brought their product to market following the March 2019 FDA approval, they could likely be infringing on Lipocine's patents.

**Positive interim LPCN 1144 proof-of-concept NASH study data showing a reduction in liver fat based on MRIs.** Lipocine completed enrollment of 36 patients during November 2018, in an open-label, multi-center, single-arm, 16-week proof-of-concept study designed to examine the impact of LPCN 1144 on liver fat using MRI in hypogonadal men at risk for developing NASH. Lipocine announced positive top-line interim 8-week results from the ongoing 16-week liver fat imaging study with LPCN 1144. Subjects with at least 10% baseline liver fat, which is indicative of subjects with NAFLD with the potential to have NASH, were evaluated. 7 out of 9 patients with baseline liver fat of at least 10% were evaluable (2 subjects were unable to schedule an eight-week MRI-PDFF visit). The baseline mean liver fat of these subjects was 21.0%. LPCN 1144 treatment demonstrated an absolute mean reduction from baseline of 7.6% liver fat and demonstrated a 38% relative mean liver fat reduction from baseline. Additionally, there was an 86% responder rate in which subjects experienced at least a 4.1% absolute reduction in liver fat from baseline and a 71% responder rate in which subjects experienced at least a 29% reduction in liver fat from baseline. We are encouraged by these top-line preliminary, 8-week results from the ongoing study which show a rapid reduction in liver fat levels from baseline based on MRI assessment and we look forward to the full study results expected later this year.

Lipocine initiated a Phase 2 study (LiFT trial: Liver Fat Intervention with Oral Testosterone) of LPCN 1144 in patients with biopsy-confirmed pre-cirrhotic NASH. Lipocine also recently received clearance from the FDA to examine LPCN 1144 in an expanded population of adult male NASH patients with testosterone levels below the threshold for hypogonadism (300ng/dL).

**Lipocine Pipeline**

**Positive top-line LPCN 1111 Phase 2b results already announced.** LPCN announced positive top-line results for a Phase 2b clinical study of LPCN 1111, its next-generation oral TRT product with once-daily dosing. The study was a randomized, open-label, two-period, multi-dose PK study which enrolled hypogonadal men in five treatment arms. 12 subjects in each group received 14 days of treatment. The study was designed to primarily determine the optimal dose, the safety and tolerability, and metabolites of LPCN 1111 after single or multiple dosing. The study met its objectives as Lipocine was able to determine the dose for Phase 3, the Phase 3 dose met both primary and secondary



**Exhibit L, Page 170**

endpoints and the drug was well tolerated.  Importantly, the positive Phase 2b clinical study data for LPCN 1111, position the product as a potential Phase 3 ready asset.

**LPCN 1107 has already reported positive Phase 2 multi-dose PK data.** LPCN 1107 is an oral formulation of hydroxyprogesterone caproate (HPC) being developed for the treatment of preterm birth. The multi-dose PK study started in after two positive Phase 1 single-dose PK studies, was an open-label, four-period, four-treatment, cross-over study in pregnant women. Twelve healthy pregnant women (average age of 27 years) with a gestational age of ~16 to 19 weeks received three dose levels of LPCN 1107 (400 mg BID, 600 mg BID, or 800 mg BID) in a randomized, crossover manner during the first three treatment periods. During each period, subjects received LPCN 1107 Q.D on Day 1 and B.I.D from Day 2 to Day 8. Following the completion of the three LPCN 1107 treatment periods and a washout period, all subjects received five weekly injections of 250 mg Makena, an HPC injectable. The top-line results showed that all three LPCN 1107 doses achieved steady-state HPC levels ($C_{AVG}0-24$) comparable to or higher than the Makena injection. Moreover, the LPCN 1107 doses showed dose linearity and all achieved steady-state faster than Makena (within 7 days only). Makena is the current SOC for preventing preterm birth and generated ~$150M total annual revenue in 2015. Makena is administrated as a single fixed dose of 250mg weekly IM injection. A recent study of 315 pregnant women reported the steady-state plasma concentrations of HPC from the weekly 250mg Makena injectable ranged between 3.7 to 56 ng/mL, and women with median plasma HPC concentration < 6.4 ng/mL (3.7-8.1 ng/mL) showed significantly higher spontaneous pre-term birth rate of 41.3% vs 23.8%-27.2% for women with plasma HPC concentration > 8.1 ng/mL. Encouragingly, all subjects in all three LPCN 1107 doses tested have HPC exposure (C $C_{AVG}0-24$) > 6.4 ng/ml. Moreover, the dose linearity and short duration to steady-state could allow flexible and fast dose adjustment of LPCN 1107 to achieve optimal plasma HPC concentration (e.g. >8.1 ng/mL) and clinical outcome which, however, is impractical for Makena's single fixed-dose weekly injection. In addition, LPCN 1107 was well tolerated across the three dose levels with no adverse drug reactions, serious adverse events, or deaths reported during the study. On the contrary, Makena is associated with a high rate of adverse injection reaction including pain in > 34% subjects. What's more, Makena injection requires an inconvenient weekly office visit for pregnant women, whereas oral LPCN 1107 can be simply taken at home. Thus, we are very encouraged by the positive multi-dose PK data of LPCN 1107 and think LPCN 1107, if eventually approved, could have significant clinical and commercial advantages over the SOC Makena and could expand the HPC pre-term birth market.

**Lipocine is exploring partnership opportunities for LPCN 1107.** Of note, approximately 180,000 pregnancies each year in the U.S. are at risk for preterm birth based on a prior history of preterm birth.  Further, roughly 12% of pregnancies in the U.S. end in preterm births (babies born with a gestational age of less than 37 completed weeks).  We believe that the ability of a therapy to prevent preterm births could convey a significant pharmacoeconomic advantage, as the costs associated with preterm births are substantial.  Specifically, preterm babies have substantially more health-related issues and require extended hospital stays, along with greater medical and pharmaceutical interventions than babies carried to term.  Currently, women with a history of preterm birth are treated with progesterone (17 alpha-hydroxyprogesterone caproate) injections once per week.  The progesterone injections are generally initiated between weeks 16 and 20 of pregnancy and are continued until week 37.  Progesterone injections are currently available from compounding pharmacies and FDA approved formulation Makena. We believe that if clinical development is successful, LPCN 1107 would represent a very attractive alternative to the currently available progesterone injections and could expand the HPC market for pre-term birth treatment.



**Exhibit L, Page 171**

**Cash position.** The company ended 2Q19 with $19.5 million in cash (which includes $5 million of restricted cash). We expect a quarterly cash burn of approximately $3.0 to $4.0 million during 2019 and believe the current cash position is sufficient to run into 2H 2020.

### COMPANY-SPECIFIC RISKS

In addition to normal economic and market risk factors that impact most all equities, Lipocine is uniquely subject to risks typical for small- to mid- cap biotech companies: The products the company is developing may not work, may prove to be unsafe, may never win approval and may never generate meaningful revenues. Changing medical practices, a changing reimbursement environment and/or products introduced by others could shrink the market for the company's products. The company may not be able to enforce its own patents or may find itself infringing on patents held by others.

Risks include but are not limited to:

If Lipocine does not receive regulatory approvals to market LPCN 1021, LPCN 1111 or LPCN 1107 in a timely manner, or at all, and their business will be materially harmed and their stock price may be adversely affected.

Even if Lipocine obtains regulatory approval to market LPCN 1021, LPCN 1111 or LPCN 1107, if it and/or LPCN 1021, LPCN 1111 or LPCN 1107 fails to achieve market acceptance, Lipocine may never record meaningful revenues.

If Lipocine's competitors develop and market products that are less expensive, more effective or safer than LPCN 1021, LPCN 1111 or LPCN 1107, or LPCN 1021, LPCN 1111 or LPCN 1107 does not achieve market acceptance versus existing treatments, Lipocine commercial opportunities may be reduced or eliminated.

Lipocine relies on third parties to manufacture and analytically test LPCN 1021, LPCN 1111 or LPCN 1107. If these third parties do not successfully manufacture and test LPCN 1021, LPCN 1111 or LPCN 1107 their business will be harmed.

The status of reimbursement from third-party payers for newly approved health care drugs is uncertain and failure to obtain adequate reimbursement could limit their ability to generate revenue.

Health care reform measures could adversely affect their business.

The intellectual property that Lipocine owns or has licensed relating to their drug candidates, LPCN 1021, LPCN 1111 or LPCN 1107, is limited, which could adversely affect their ability to compete in the market and adversely affect the value of LPCN 1021, LPCN 1111 and LPCN 1107.

Future sales or other issuances of Lipocine common stock could depress the market for their stock.

### GENERAL RISKS

In addition, equity markets in general, and the market for biotechnology and life sciences companies in particular, have experienced extreme price and volume fluctuations that have often been unrelated or disproportionate to the operating performance of companies traded in those markets. These broad market and industry factors may materially affect



**Exhibit L, Page 172**

the market price of our common stock, regardless of the company's development and operating performance. Factors influencing a company's stock price include:

Developments concerning a company's drug candidate(s), including the safety and efficacy results from clinical trials and regulatory filings and approvals;

Announcements of technological innovations by them or their competitors including new products;

Developments relating to their intellectual property and those of their competitors, including but not limited to, the commercialization of generic products;

Expectations regarding their financial condition including actual or anticipated operating results;

Expiration or termination of licenses, research contracts or other collaboration agreements.



**Exhibit L, Page 173**

Matthew L. Kaplan 212.891.5247                                                                   Lipocine Inc. (LPCN)

**Exhibit 2: LPCN Model**

Lipocine Income Statement (December Fiscal Year; All amounts in '000s except per share items)

| | 2014E | 2015A | 2016A | 2017A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19A | 3Q19E | 4Q19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales/Royalties:** | | | | | | | | | | | | | | | |
| LPCN 1021 Royalties, 1111 & 1107 Revs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 18,402 |
| Product and License Revenues | - | - | - | - | 428 | - | - | - | 428 | - | - | - | - | - | - |
| **Total product revenue and royalties** | - | - | - | - | 428 | - | - | - | 428 | - | - | - | - | - | 18,402 |
| COGS | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,128 |
| R&D | 15,479 | 12,580 | 8,076 | 11,004 | 1,378 | 1,482 | 1,423 | 2,182 | 6,465 | 1,949 | 1,964 | 1,984 | 2,004 | 7,901 | 8,217 |
| SG&A | 5,001 | 5,802 | 10,382 | 10,214 | 1,687 | 1,682 | 930 | 989 | 5,289 | 1,176 | 1,386 | 1,664 | 1,747 | 5,973 | 7,906 |
| Amortization of Product Rights | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other charges | - | - | 729 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total operating expenses** | 20,481 | 18,382 | 19,187 | 21,218 | 3,065 | 3,164 | 2,353 | 3,171 | 11,754 | 3,125 | 3,351 | 3,648 | 3,751 | 13,874 | 19,251 |
| **Operating income (EBIT)** | (20,481) | (18,382) | (19,187) | (21,218) | (2,637) | (3,164) | (2,353) | (3,171) | (11,326) | (3,125) | (3,351) | (3,648) | (3,751) | (13,874) | (849) |
| **Other expenses** | | | | | | | | | | | | | | | |
| Interest (expense) income, net | - | 174 | 216 | 236 | (82) | (91) | (106) | (54) | (334) | (99) | (80) | 50 | 50 | (79) | (75) |
| Other income (expense), net | 108 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total other income (expense), net | 108 | 174 | 216 | 236 | (82) | (91) | (106) | (54) | (334) | (99) | (80) | 50 | 50 | (79) | (75) |
| **Pretax Income** | (20,372) | (18,208) | (18,971) | (20,982) | (2,719) | (3,256) | (2,459) | (3,225) | (11,659) | (3,224) | (3,431) | (3,598) | (3,701) | (13,952) | (925) |
| Benefit or (Provision for) income taxes | (0) | (0) | (1) | (1) | (1) | - | - | - | (1) | - | - | - | - | - | 139 |
| **Net income** | (20,373) | (18,208) | (18,972) | (20,983) | (2,720) | (3,256) | (2,459) | (3,225) | (11,660) | (3,224) | (3,431) | (3,598) | (3,701) | (13,952) | (786) |
| **EPS basic** | $ (1.60) | $ (1.11) | $ (1.04) | $ (1.05) | $ (0.13) | $ (0.15) | $ (0.12) | $ (0.15) | $ (0.55) | $ (0.14) | $ (0.14) | $ (0.14) | $ (0.12) | $ (0.54) | $ (0.03) |
| **EPS diluted, GAAP** | $ (1.60) | $ (1.11) | $ (1.04) | $ (1.05) | $ (0.13) | $ (0.15) | $ (0.12) | $ (0.15) | $ (0.55) | $ (0.14) | $ (0.14) | $ (0.14) | $ (0.12) | $ (0.54) | $ (0.03) |
| Basic shares outstanding | 12,766 | 16,471 | 18,258 | 20,052 | 21,265 | 21,265 | 21,267 | 21,612 | 21,352 | 23,383 | 24,591 | 24,813 | 31,016 | 25,951 | 26,470 |
| Diluted shares outstanding | 12,766 | 16,471 | 18,258 | 20,052 | 21,265 | 21,265 | 21,267 | 21,612 | 21,352 | 23,383 | 24,591 | 24,813 | 31,016 | 25,951 | 26,470 |

*Source: Company documents and Ladenburg Thalmann & Co. estimates*



**Exhibit L, Page 174**

# APPENDIX A: IMPORTANT RESEARCH DISCLOSURES

**ANALYST CERTIFICATION**

I, Matthew L. Kaplan, attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report, provided, however, that:

The research analyst primarily responsible for the preparation of this research report has or will receive compensation based upon various factors, including the volume of trading at the firm in the subject security, as well as the firm's total revenues, a portion of which is generated by investment banking activities.

Additional information regarding the contents of this publication will be furnished upon request. Please contact Ladenburg Thalmann, Compliance Department, 277 Park Avenue, 26th floor, New York, New York 10172 (or call 212-409-2000) for any information regarding current disclosures, and where applicable, relevant price charts, in regard to companies that are the subject of this research report.

**COMPANY BACKGROUND**

Lipocine Inc. is a specialty pharmaceutical company focused on developing drug delivery technologies to create novel oral formulations for compounds with suboptimal bioavailability. Lipocine's lead program, LPCN 1021, is a Phase 3 ready oral testosterone with BID dosing. The company also has two earlier stage programs: LPCN 1111 which is Lipocine's next generation oral testosterone and LPCN 1107 which is an oral product for the prevention of pre-term birth. Lipocine's operations are headquartered in Salt Lake City, Utah.

**VALUATION METHODOLOGY**

We have a NEUTRAL rating and no price target for LPCN.

**RISKS**

In addition to normal economic and market risk factors that impact most all equities, LPCN is uniquely subject to risks typical for small- to mid- cap biotech companies: The products the company is developing may not work, may prove to be unsafe, may never win approval and may never generate meaningful revenues. Changing medical practices, a changing reimbursement environment and/or products introduced by others could shrink the market for the company's products. The company may not be able to enforce its own patents or may find itself infringing on patents held by others. Additionally, in the future the company may no longer meet the requirements for continued listing on the NASDAQ Capital Market.

The company has a limited operating history and has incurred substantial operating losses since inception. This trend may continue and the company may never become profitable. The company has not yet commercialized any of its drug candidates and cannot be sure if it will ever be able to do so. If it is unable to successfully complete clinical trial programs, or if such clinical trials take longer to complete than expected, its ability to execute on its current business strategy will be adversely affected. Pre-clinical testing and clinical development are long, expensive and uncertain processes. If drug candidates do not receive the necessary regulatory approvals, the company will be unable to commercialize its drug candidates. All of its proprietary technologies are licensed to the company by third parties. Termination of these license agreements would prevent the company from developing drug candidates. LPCN relies on third parties to manufacture and analytically test its products. If these third parties do not successfully manufacture and test the products, the company's business will be harmed. Reliance on third parties, such as clinical research organizations, or CROs, may result in delays in completing, or a failure to complete, clinical trials if such CROs fail to perform under the company's agreements with them.

For a full review of LPCN specific risk factors investors should refer to the company's most recent forms 10K and 10Q on file with the SEC.

**STOCK RATING DEFINITIONS**

Buy: The stock's return is expected to exceed 12.5% over the next twelve months.
Neutral: The stock's return is expected to be plus or minus 12.5% over the next twelve months.
Sell: The stock's return is expected to be negative 12.5% or more over the next twelve months.

Investment Ratings are determined by the ranges described above at the time of initiation of coverage, a change in risk, or a change in target price. At other times, the expected returns may fall outside of these ranges because of price movement and/or volatility. Such interim deviations from specified ranges will be permitted but will become subject to review.

**RATINGS DISPERSION AND BANKING RELATIONSHIPS AS OF (November 11, 2019)**

| Rating | % | IB % |
|---|---|---|
| BUY | 74.1 | 57.0 |



**Exhibit L, Page 175**

Matthew L. Kaplan 212.891.5247                                                              Lipocine Inc. (LPCN)

| | | |
|---|---|---|
| **NEUTRAL** | 25.9 | 40.4 |
| **SELL** | 0.0 | 0.0 |

## COMPANIES UNDER MATTHEW'S COVERAGE

Albireo Pharma, Inc. (ALBO)
Anchiano Therapeutics, Ltd. (ANCN)
Athenex, Inc. (ATNX)
Avadel Pharmaceuticals plc (AVDL)
BioDelivery Sciences International (BDSI)
Dova Pharmaceuticals, Inc. (DOVA)
Immunic, Inc. (IMUX)
Lipocine Inc. (LPCN)
MediciNova Inc. (MNOV)
RedHill Biopharma Ltd. (RDHL)
Stemline Therapeutics, Inc. (STML)
Urogen Pharma Ltd. (URGN)
Vaccinex, Inc. (VCNX)

Allena Pharmaceuticals, Inc. (ALNA)
Ardelyx Inc. (ARDX)
Antares Pharma, Inc. (ATRS)
Axsome Therapeutics, Inc. (AXSM)
Corcept Therapeutics Inc. (CORT)
Eyenovia, Inc. (EYEN)
Intra-Cellular Therapies, Inc. (ITCI)
Millendo Therapeutics, Inc. (MLND)
Pluristem Therapeutics, Inc. (PSTI)
Reata Pharmaceuticals, Inc. (RETA)
TG Therapeutics, Inc. (TGTX)
United Therapeutics Corporation (UTHR)
Beyond Air, Inc. (XAIR)

## COMPANY SPECIFIC DISCLOSURES

Ladenburg Thalmann & Co. Inc. makes a market in Lipocine Inc..

Ladenburg Thalmann & Co. Inc. intends to seek compensation for investment banking and/or advisory services from Lipocine Inc. within the next 3 months.

## INVESTMENT RATING AND PRICE TARGET HISTORY



Lipocine Inc. Rating History as of 11/08/2019
powered by: BlueMatrix

B=Buy N=Neutral S=Sell D=Drop Coverage I=Initiate NR=Not Rated

## GENERAL DISCLAIMERS

Information and opinions presented in this report have been obtained or derived from sources believed by Ladenburg Thalmann & Co. Inc. to be reliable. The opinions, estimates and projections contained in this report are those of Ladenburg Thalmann as of the date of this report and are subject to change without notice.

Ladenburg Thalmann & Co. Inc. accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to Ladenburg Thalmann & Co. Inc. This report is not to be relied upon in substitution for the exercise of independent judgment. Ladenburg Thalmann & Co. Inc. may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and Ladenburg Thalmann & Co. Inc. is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. Investors should consider this report as only a single factor in making their investment decisions.

Some companies that Ladenburg Thalmann & Co. Inc. follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in Ladenburg Thalmann & Co. Inc. research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. The price, value of and income from any of the securities mentioned in this report can fall as well as rise. The value of securities is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income



**Exhibit L, Page 176**

of such securities. Investors in securities such as ADRs, the values of which are influenced by currency volatility, effectively assume this risk. Securities recommended, offered or sold by Ladenburg Thalmann & Co. Inc. (1) are not insured by the Federal Deposit Insurance Company; (2) are not deposits or other obligations of any insured depository institution; and (3) are subject to investment risks, including the possible loss of some or all of principal invested. Indeed, in the case of some investments, the potential losses may exceed the amount of initial investment and, in such circumstances; you may be required to pay more money to support these losses.

The information and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy any securities mentioned herein. This publication is confidential for the information of the addressee only and may not be reproduced in whole or in part, copies circulated, or disclosed to another party, without the prior written consent of Ladenburg Thalmann & Co. Inc.

Investing in low priced securities is speculative and carries a high degree of risk. You should independently investigate and understand all risks before making any investment. The markets for small cap stocks are highly speculative and this level of risk may not be appropriate for all investors. Some of the companies listed may be subject to the "Penny Stock Rule". Under this rule, the SEC has defined a "penny stock" to be an equity security which has a market price of less than $5.00 a share, subject to certain exemptions. Such exemptions include equity listed on NASDAQ and an equity security issued by an issuers which has (i) net tangible assets of at least $2,000,000, if such issuers has been in continuous operational for (3) years; (ii) net tangible assets of $5,000,000, if such issuer has been in continuous operation for less than (3) years; or (iii) average revenue of at least $6,000,000 for the preceding three (3) years. Unless such exemption is available, regulations require delivery of a risk disclosure document explaining the penny stock market and the risks associated therewith prior to any transaction involving a penny stock. For stock not quoted on NASDAQ or at any time that the company has less than $2,000,000 in net tangible assets, the trading in common stock is covered under Rule 15g-9 under the Securities Exchange Act of 1934 for non-NASDAQ and non-exchange listed securities. Under such rule, broker-dealers who recommend covered securities to persons other than established customers and accredited investors must make a written suitability determination for the purchaser and receive the purchaser's written agreement to a transaction prior to sale. Some securities may not be cleared for sale in all states or other jurisdictions and LTCO assumes no responsibility to apprise you of individual states and jurisdictions' regulatory restrictions. Stocks in the microcap segment of market have risks that are not as common in other segments of market. These risks include, but are not limited to, liquidity risk, which can lead to higher volatility and low trade volume, company specific risks that contribute to lower valuation, higher probability of financial default and distress.

Links to third party web sites are provided for convenience only. Ladenburg Thalmann & Co. Inc. does not support the content of third party links, nor does it endorse such content. Ladenburg Thalmann & Co. Inc. is not responsible for content of third party web sites.

*Member: NYSE, NYSE American, NYSE Arca, FINRA, all other principal exchanges and SIPC*

*Additional Information Available Upon Request*

*©2019 - Ladenburg Thalmann & Co. Inc. All Rights Reserved.*



**Exhibit L, Page 177**



## EQUITY RESEARCH

### ENERGY, POWER & INFRASTRUCTURE

**Energy Exploration & Production, Upstream**
Michael Schmitz, CFA                    (212) 409-2028          mschmitz@ladenburg.com

**Master Limited Partnerships, Midstream**
Michael Schmitz, CFA                    (212) 409-2028          mschmitz@ladenburg.com

### HEALTHCARE

**Biotechnology**
Matthew L. Kaplan                       (212) 891-5247          mkaplan@ladenburg.com

**Biotechnology**
Robert M. LeBoyer                       (212) 409-2031          rleboyer@ladenburg.com

**Biotechnology**
Wangzhi Li, PhD                         (212) 409-2051          wli@ladenburg.com

**Biopharmaceuticals**
Michael Higgins                         (212) 409-2074          mhiggins@ladenburg.com

**Healthcare & Medical Technologies**
Jeffrey S. Cohen                        (561) 620-2049          jcohen@ladenburg.com

### FINANCIAL INSTITUTIONS

**Financial Services – Business Development Co. & Specialty Finance**
Mickey M. Schleien, CFA                 (305) 572-4131          mschleien@ladenburg.com

**Financial Services – Business Development Co. & Specialty Finance**
Christopher Nolan, CFA                  (212) 409-2068          cnolan@ladenburg.com

**Financial Services – Equity REITs**
John J. Massocca                        (212) 409-2543          jmassocca@ladenburg.com

### SPECIALTY CONSUMER/CANNABIS

**Specialty Consumer/Cannabis**
Glenn G. Mattson                        (212) 409-2073          gmattson@ladenburg.com

### TECHNOLOGY

**Internet & Software Services**
Jon R. Hickman                          (510) 918-4045          jhickman@ladenburg.com

**Software and Services**
Glenn G. Mattson                        (212) 409-2073          gmattson@ladenburg.com

ADDITIONAL CONTACTS

Kenneth Brush, Head of Trading          (212) 409-2011          kbrush@ladenburg.com
Eric Novotny                            (212) 409-2011          enovotny@ladenburg.com

277 Park Avenue    26th Floor    New York, NY 10172    (212) 409-2000

**Exhibit L, Page 178**