# Exhibit M



Biotechnology
Price Target Change
January 11, 2018
**BUY**
Matthew L. Kaplan; mkaplan@ladenburg.com
212.891.5247

# LIPOCINE INC.

## TLANDO ADCOM Recommends Against Approval; Reduce Price Target to $11

LPCN (NASDAQ)

| Company & Market Data | |
| --- | --- |
| Closing Price (as of 01/10/2018): | $3.46 |
| Rating: | BUY |
| Price Target: | $11.00 |
| *Prior Price Target:* | *$15.00* |
| 52 Week Range: | $2.90 - $5.33 |
| Shares Outstanding (MM): | 21.2 |
| Market Capitalization (MM): | $73 |
| Cash (MM): | $25.7 |
| Fiscal Year End: | Dec |

*Cash (MM): As of September 30, 2017

| Estimates | | | |
| --- | --- | --- | --- |
| EPS | 2016A | 2017E | 2018E |
| 1Q | $(0.38) | $(0.26)A | $(0.19) |
| 2Q | $(0.32) | $(0.31)A | $(0.21) |
| 3Q | $(0.18) | $(0.22)A | $(0.25) |
| 4Q | $(0.16) | $(0.21) | $(0.25) |
| Full Year | $(1.04) | $(1.01) | $(0.97) |
| Revenue (MM) | $0.0 | $0.0 | $25.0 |



*Chart data: Bloomberg*

The Bone, Reproductive and Urologic Drugs Advisory Committee (BRUDAC) of the FDA met on January 10, 2018 to discuss the NDA submitted by Lipocine for TLANDO (LPCN 1021) for the treatment of hypogonadism. The Committee voted 13 to 6 that the risk/benefit profile of TLANDO is not currently supportive of approval for the treatment of hypogonadism. The PDUFA date is May 8, 2018. As a reminder, Lipocine resubmitted the NDA for TLANDO on August 9, 2017, after addressing the deficiencies related to the dosing algorithm for the proposed label that were stated in the Complete Response Letter (CRL) received in June 2016.

The ADCOM focused on a number of questions including: 1) The need to more fully characterize TLANDO's impact on blood pressure through the conduct of an ambulatory blood pressure (AMB BP) monitoring study. Importantly, despite the clean BP profile defined in the 52-week safety study as demonstrated through multiple longitudinal cuff pressure assessments, the lack of AMB BP data to validate this observation was the primary focus of the panel as the shortcoming which needed to be addressed to facilitate approval. Of note BP was also a significant topic and major focus for the Clarus ADCOM on January 9th; 2) Questions concerning the stopping criteria for use in clinical practice to identify patients needing to discontinue TLANDO; 3) The accuracy of testosterone measurements taking into account the potential for the conversion of TU to T in the serum test tubes. Of note although there was discussion concerning the secondary endpoints (Cmax) for the DV study which were said to have missed all three parameters based on "per day analysis" the panel was not concerned about this issue as the excursions were deemed to be transient and not of clinical relevance by the Committee. Similarly, the Committee was not concerned with DHT, estradiol, or adrenal-related findings and indicated they were not clinically relevant. The Committee was also satisfied with the characterization of food effect.

Although we are disappointed with the outcome of the ADCOM given the lack of a BP signal in the 52-week safety trial, we believe TLANDO continues to represent an approvable product and the BP question can be addressed via a relatively straightforward AMB BP study. Given the likelihood of a CRL we are decreasing our PT to $11, and we look forward to Lipocine's interaction with FDA to define next steps.

This was the second review cycle for TLANDO. The FDA identified several concerns in the first review cycle, and in response to those concerns Lipocine decided to conduct two new single-arm Phase 3 trials, each with a 24-day treatment duration. Both trials tested a single dose of TLANDO without titration. One trial tested 150 mg orally three times daily, and the other trial tested 225 mg orally twice daily. The 24-day treatment duration was considered sufficient because there was no dose adjustment and prior data indicated that TLANDO reached steady-state after 14-days of treatment. TLANDO met the primary efficacy endpoint in the 225 mg twice daily trial, but not in the 150 mg three times daily trial; therefore, Lipocine proposed the 225 mg twice daily regimen for marketing.

**We maintain our Buy rating and lower our price target to $11 from $15**. We have reduced the value for LPCN 1021 to $4.32 per share from $8.45 per share given the negative ADCOM and the current level of uncertainty for the program.

Disclosures and Analyst Certifications can be found in Appendix A.

277 Park Avenue 26th Floor  •  New York, New York 10172  •  Telephone: 212-409-2000  •  800-LAD-THAL

Member: NYSE, NYSE American, NYSE Arca, FINRA, all other principal exchanges and SIPC

**Exhibit M, Page 180**

The Bone, Reproductive and Urologic Drugs Advisory Committee (BRUDAC) of the FDA met on January 10, 2018 to discuss the NDA submitted by Lipocine for TLANDO (LPCN 1021) for the treatment of hypogonadism. The Committee voted 13 to 6 that the risk/benefit profile of TLANDO is not currently supportive of approval for the treatment of hypogonadism. The PDUFA date is May 8, 2018.  As a reminder, Lipocine resubmitted the NDA for TLANDO on August 9, 2017, after addressing the deficiencies related to the dosing algorithm for the proposed label that were stated in the Complete Response Letter (CRL) received in June 2016.

The ADCOM focused on a number of questions including: 1) The need to more fully characterize TLANDO's impact on blood pressure through the conduct of an ambulatory blood pressure (AMB BP) monitoring study.  Importantly, despite the clean BP profile defined in the 52-week safety study as demonstrated through multiple longitudinal cuff pressure assessments, the lack of AMB BP data to validate this observation was the primary focus of the panel as the shortcoming which needed to be addressed to facilitate approval. Of note BP was also a significant topic and major focus for the Clarus ADCOM on January 9th. 2) Questions concerning the stopping criteria for use in clinical practice to identify patients needing to discontinue TLANDO; 3) The accuracy of testosterone measurements taking into account the potential for the conversion of TU to T in the serum test tubes.  Of note although there was discussion concerning the secondary endpoints (Cmax) for the DV study which were said to have missed all three parameters based on "per day analysis" the panel was not concerned about this issue as the excursions were deemed to be transient and not of clinical relevance by the Committee.  Similarly, the Committee was not concerned with DHT, estradiol, or adrenal-related findings and indicated they were not clinically relevant. The Committee was also satisfied with the characterization of food effect.

Although we are disappointed with the outcome of the ADCOM given the lack of a BP signal in the 52-week safety trial, we believe TLANDO continues to represent an approvable product and the BP question can be addressed via a relatively straight forward AMB BP study.  Given the likelihood of a CRL we are decreasing our PT to $11, we look forward to Lipocine's interaction with FDA to define next steps.

This was the second review cycle for TLANDO. The FDA identified several concerns in the first review cycle, and in response to those concerns Lipocine decided to conduct two new single-arm Phase 3 trials, each with a 24-day treatment duration. Both trials tested a single dose of TLANDO without titration. One trial tested 150 mg orally three times daily, and the other trial tested 225 mg orally twice daily. The 24-day treatment duration was considered sufficient because there was no dose adjustment and prior data indicated that TLANDO reached steady-state after 14-days of treatment. Also, there was up to one year of safety data for 193 TLANDO -treated subjects, 131 of whom were on a dose at least as high as 225 mg twice daily at the end of the trial. TLANDO met the primary efficacy endpoint in the 225 mg twice daily trial, but not in the 150 mg three times daily trial; therefore, proposed the 225 mg twice daily regimen for marketing.

The FDA focused on the following areas during the advisory committee discussion:
1) Cardiovascular risk.
Based on the data reported by Lipocine, it appears that both TLANDO and Androgel 1.62% raise heart rate, and the FDA cardiologists concluded that they cannot definitively exclude a blood pressure effect with TLANDO and recommend that Lipocine perform an ambulatory blood pressure monitoring study to further assess the effects of TLANDO on blood pressure and heart rate. The FDA was seeking the advisory committee's input on the effects of TLANDO on blood pressure and lipid parameters, together with effects on hematocrit and the potential for TLANDO to increase the risk of adverse cardiovascular outcomes. This would relevant not only to the small population of men with classic



**Exhibit M, Page 181**

hypogonadism, but also to the much larger middle-aged and older population who are receiving testosterone therapies for uses that are not FDA-approved (e.g., age-related hypogonadism).

2) Testosterone undecanoate conversion to testosterone.
Lipocine used plain tubes to collect serum and analyze testosterone concentrations in the trials. The FDA is concerned that if there is significant *ex vivo* conversion to testosterone, those testosterone data would not reliably reflect endogenous testosterone concentrations. The FDA believes that the data presented by Lipocine are conflicting, and was seeking the advisory committee's input on this issue.

3) Potential adrenal effects.
Testosterone undecanoate caused adrenal cortical vacuolation in male rats and adrenal atrophy in dogs. Lipocine conducted ACTH stimulation testing in the 150 mg three times daily and 225 mg twice daily clinical trials. The FDA believes that since these trials only had a four-week treatment period, it may be insufficient to assess whether TLANDO, a drug that will be taken chronically, causes adrenal insufficiency.

4) Cmax outliers.
Trials for testosterone therapies have three standard secondary endpoints to assess for unacceptably high maximal exposures to testosterone that could potentially raise safety concerns. In the new trial that tested 225 mg twice daily, none of these three targets were met. The FDA was seeking the advisory committee's input on the relevance of these findings to the safe use of TLANDO.

5) Testosterone metabolites:
The goal of testosterone replacement therapy is to restore testosterone and its major metabolites (DHT and estradiol) to the normal range. Lipocine's data show that TLANDO leads to supratherapeutic DHT and estradiol concentrations in some subjects, and the FDA was seeking the advisory committee's input on the clinical relevance of these elevated DHT and estradiol concentrations.

6) Stopping criteria:
About 80% of subjects in the 225 mg twice daily trial achieved testosterone Cavg in the target range. Therefore, some patients treated with TLANDO will not achieve therapeutic testosterone concentrations and should have TLANDO discontinued. Lipocine is proposing that serum testosterone concentrations be measured 7-9 hours after the morning dose after at least 3-4 weeks on therapy and discontinuing the drug if concentrations are consistently below 300 ng/dL or above 1080 ng/dL. The FDA believes this approach may lead to about 30% of patients with acceptable testosterone Cavg discontinuing the drug unnecessarily.



**Exhibit M, Page 182**

**Exhibit 1: Summary of LPCN Positive Phase 3 Data Sets**

| Endpoints | FDA Requirement | LPCN 1021 SOAR Results | | DV (BID Dosing) and DF (TID Dosing) Results | | Androgel 1.6% | Axiron |
|---|---|---|---|---|---|---|---|
| **Primary Endpoints** | | Efficacy Population[1] (N=152) | Safety Set[2] (N=210) | DV Study[3] (N=95) | DF Study[4] (N=100 ) | Efficacy sample[5] (N=179) | Completer Set[6] (N=138) |
| T $C_{ave\,(0-24hrs)}$ 300-1140ng/dl | ≥75% of patients | 88.2% | 80.0% | 81.0% | 70.0% | 81.6% | 84.1% |
| Lower Bound 95% CI | ≥65% | 81.9% | 73.8% | 72.0% | NA | 75.1% | 78.0% |
| **Secondary Endpoints** | | | | | | | |
| T $C_{max}$ ≤1500ng/dl | ≥85% of patients | 82.9% | NA | 85.0% | NA | 88.8% | 94.8% |
| T $C_{max}$ 1800-2500ng/dl | ≤5% of patients | 4.6% | NA | 7.0% | NA | 5.5% | 3.0% |
| T $C_{max}$ >2500ng/dl | 0% of patients | 2%# | NA | 0%+ | NA | 1.0% | 0.7% |

[1]: patients with > 1 PK profile (full PK data include 3 PK profiles) and no significant protocol deviation. LOCF (last observation carried forward) was used to impute data for patients with 1-2 PK profiles; [2]: all patients with at least one dose of LPCN 1021. For patients with 1-2 PK profiles, LOCF used; patients without PK profile were considered treatment failure. [3]: Dose Validation (DV) study dosed patients at 225mg BID. Data analysis is based on the safety setanalysis which includes all subjects enrolled that received at least 1 dose. All 95 pts were included in the analysis. [4]: Dose Flexibility (DF) study dosed patients at 150mg TID. [5]: all subjects with efficacy data for Day 112. No LOCF computation; [6]: all subjects with efficacy data for Day 120. No LOCF computation. +Only one patient in the DV study who was a major protocol violator exceeded the 2500ng/dL limit.

Source: Lipocine and Ladenburg Thalmann & Co.

**Overview of SOAR Phase 3 study of LPCN 1021.** In the 13-week, randomized, open-label, active-controlled Phase 3 study, 315 subjects were enrolled in total with 210 randomized to LPCN 1021 and 105 to the active control Androgel, for 52 weeks of treatment. The active control is included for safety assessment. LPCN 1021 subjects were started at 225 mg Testosterone Undecanoate (TU) (equivalent to ~ 142 mg of T) twice daily (BID) with a standard meal and then dose titrated, if needed, up to 300 mg TU BID or down to 150 mg TU BID based on 24 hour serum testosterone measured during weeks 3 and 7.

Primary statistical analysis was conducted on Efficacy Population Set (EPS) of 152 subjects, defined as subjects with at least one PK profile (full PK data include three PK profiles on week 3, 7 and 13) and no significant protocol violations. For subjects with less than three full PK profiles among EPS, missing PK data were imputed by last observation carried forward (LOCF). Sensitivity analysis was also performed on the ITT population (N=210) who had at least one dose of LPCN 1021 defined as Safety Set (SS). Among SS patients with 1-2 PK profiles, LOCF was used to impute missing PK data, and patients without any PK profiles (patients who received a dose of LPCN 1021 but discontinued before the week 3 PK analysis) were considered treatment failures (worst scenario).

**The primary endpoint was achieved.** Among the Efficacy Population Set (EPS) (n=152), 88.2% of subjects achieved serum testosterone $C_{AVG}$ within the normal range (300-1140 ng/dL) with a lower bound of the 95% CI of 81.9%. Among the Safety Set (n=210) for sensitivity analysis, 80.0% of subjects had $C_{AVG}$ within the normal range with lower-bound 95% CI of 73.8%.



**Exhibit M, Page 183**

**Exhibit 2: Top-line SOAR Phase 3 Efficacy Data: LPCN 1021 Versus Other TRT**

| Endpoints | FDA Requirement | LPCN 1021 SOAR Results | | Rextoro 12011 Study Results | | Androgel 1.6% | Axiron |
|---|---|---|---|---|---|---|---|
| **Primary Endpoints** | | Efficacy Population[1] (N=152) | Safety Set[2] (N=210) | Efficacy Population[3] (N=116) | Sensitivity Set[4] (N=133 ) | Efficacy sample[5] (N=179) | Completer Set[6] (N=138) |
| T $C_{ave\ (0-24hrs)}$ 300-1140ng/dl | ≥75% of patients | 88.2% | 80.0% | 75.0% | 70.8% | 81.6% | 84.1% |
| Lower Bound 95% CI | ≥65% | 81.9% | 73.8% | 66.1% | 62.7% | 75.1% | 78.0% |
| **Secondary Endpoints** | | | | | | | |
| T $C_{max}$ ≤1500ng/dl | ≥85% of patients | 82.9% | NA | 82.0% | NA | 88.8% | 94.8% |
| T $C_{max}$ 1800-2500ng/dl | ≤5% of patients | 4.6% | NA | 6.0% | NA | 5.5% | 3.0% |
| T $C_{max}$ >2500ng/dl | 0% of patients | 2%# | NA | 3.0% | NA | 1.0% | 0.7% |

[1]: patients with > 1 PK profile (full PK data include 3 PK profiles)  and no significant protocol deviation. LOCF(last observation carried forward) was used to impute data for patients with 1-2 PK profiles; [2]: all patients with at least one dose of LPCN 1021. For patients with 1-2 PK profiles, LOCF used; patients without PK profile were considered treatment failure. [3]: all patients with PK data at Day 114. [4]: Efficacy population plus 17 patients with PK data dat Day 30 and/or 72. LOCF was used to impute missing PK data on Day 114.  [5]: all subjects with efficacy data for Day 112. No LOCF computation; [6]: all subjects with efficacy data for Day 120. No LOCF computation.
Source: Lipocine SOAR study top-line results conference call, Clarus presentations, FDA labels of Androgel and Axiron.

**The secondary endpoints were generally consistent with FDA guidelines.** 82.9% of EPS subjects showed T Cmax below 1,500 ng/dL, which is slightly lower than FDA's 85% threshold. Three patients showed T $C_{max}$ over 2,500 ng/dL, but all were transient, isolated and sporadic without reporting any AEs. Additionally, LPCN 1021 showed 4.6% of patients had $C_{max}$ between 1,800 and 2,500ng/dL, which met the FDA's criteria of <5%.

**Titration profile.** 51% subjects ended up on starting dose 225 mg BID with no titration, 34% subjects titrated down to 150 mg BID while 15% subjects titrated up to 300 mg BID.

**Exhibit 3: Titration Profile of LPCN 1021 in Phase 3 SOAR Study**

| Titration distribution among Efficacy Population Set (N=152) * | | |
|---|---|---|
| **Number of titrations to final dose** | | |
| No titration | One titration | Two titration |
| 51% | 35% | 15% |
| | | |
| **Titration Direction** | | |
| Titrate Up | Titrate Down | |
| 15% | 34% | |

*Titration Scheme: starting dose at 225 mg TU BID, if needed, titrate up to 300 mg BID or down to 150 mg BID based on 24 hour serum testosterone measured during weeks 3 and 7.

Source: Lipocine SOAR study top-line results conference call.

The data indicate the titration protocol was successful in getting patient T levels to converge at an appropriate serum concentration largely following no dosing change just one dosing modification as 85% of the patients required zero or one dose modification.

**Lipocine Pipeline**

**Positive top-line LPCN 1111 Phase 2b results announced in September 2016.** LPCN announced positive top-line results for a Phase 2b clinical study of LPCN 1111, its next-generation oral TRT product with once-daily dosing. The study was a randomized, open-label, two-period, multi-dose PK study which enrolled hypogonadal men in five treatment arms. 12 subjects in each group received 14 days of treatment.  The study was designed to primarily determine the optimal dose, the safety and tolerability, and metabolites of



LPCN 1111 after single or multiple dosing. The study met its objectives as Lipocine was able to determine the dose for Phase 3, the Phase 3 dose met both primary and secondary endpoints and the drug was well tolerated. Importantly, the positive Phase 2b clinical study data for LPCN 1111, position the product as a potential Phase 3 ready asset.

**LPCN 1107 reported positive Phase 2 multi-dose PK data and is on track to advance to pivotal study.** LPCN 1107 is an oral formulation of hydroxyprogesterone caproate (HPC) being developed for the treatment of preterm birth. The multi-dose PK study, started in September 2015 after two positive Phase 1 single-dose PK studies, was an open-label, four-period, four-treatment, cross-over study in pregnant women. Twelve healthy pregnant women (average age of ~27 years) with a gestational age of ~16 to 19 weeks received three dose levels of LPCN 1107 (400 mg BID, 600 mg BID, or 800 mg BID) in a randomized, crossover manner during the first three treatment periods. During each period, subjects received LPCN 1107 Q.D on Day 1 and B.I.D from Day 2 to Day 8. Following completion of the three LPCN 1107 treatment periods and a washout period, all subjects received five weekly injections of 250 mg Makena, a HPC injectable. The top-line results showed that all three LPCN 1107 doses achieved steady state HPC levels ($C_{AVG}$0-24) comparable to or higher than the Makena injection. Moreover, the LPCN 1107 doses showed dose linearity and all achieved steady-state faster than Makena (within 7 days only). Makena is the current SOC for preventing pre-term birth and generated ~$150M total annual revenue in 2015. Makena is administrated as a single fixed dose of 250mg weekly IM injection. A recent study of 315 pregnant women reported the steady-state plasma concentrations of HPC from the weekly 250mg Makena injectable ranged between 3.7 to 56 ng/mL, and women with median plasma HPC concentration < 6.4 ng/mL (3.7-8.1 ng/mL) showed significantly higher spontaneous pre-term birth rate of 41.3% vs 23.8%-27.2% for women with plasma HPC concentration > 8.1 ng/mL. Encouragingly, all subjects in all three LPCN 1107 doses tested have HPC exposure (C $C_{AVG}$0-24) > 6.4 ng/ml. Moreover, the dose linearity and short duration to steady state could allow flexible and fast dose adjustment of LPCN 1107 to achieve optimal plasma HPC concentration (e.g. >8.1 ng/mL) and clinical outcome which, however, is impractical for Makena's single fixed-dose weekly injection. In addition, LPCN 1107 was well tolerated across the three dose levels with no adverse drug reactions, serious adverse events, or deaths reported during the study. On the contrary, Makena is associated with a high rate of adverse injection reaction including pain in > 34% subjects. What's more, Makena injection requires an inconvenient weekly office visit for pregnant women, whereas oral LPCN 1107 can be simply taken at home. Thus, we are very encouraged by the positive multi-dose PK data of LPCN 1107 and think LPCN 1107, if eventually approved, could have significant clinical and commercial advantages over the SOC Makena and could expand the HPC pre-term birth market.

**SPA submitted to FDA for LPCN 1107 in June 2017.** The proposed Phase 3 is designed as a non-inferiority trial comparing LPCN 1107 to Makena, the current standard of care for prevention of recurrent preterm birth. Lipocine has proposed an efficacy endpoint focusing on the rate of delivery at less than 37 weeks gestation. If successful, it could lead to Subpart H approval by the FDA (neonatal outcome will likely be required for full approval). Lipocine indicated the trial has an adaptive design with an interim analysis built in.

Of note, approximately 180,000 pregnancies each year in the U.S. are at risk for preterm birth based on a prior history of preterm birth. Further, roughly 12% of pregnancies in the U.S. end in preterm births (babies born with a gestational age of less than 37 completed weeks). We believe that the ability of a therapy to prevent preterm births could convey a significant pharmacoeconomic advantage, as the costs associated with preterm births are substantial. Specifically, preterm babies have substantially more health-related issues and require extended hospital stays, along with greater medical and pharmaceutical



**Exhibit M, Page 185**

interventions than babies carried to term.  Currently, women with a history of preterm birth are treated with progesterone (17 alpha-hydroxyprogesterone caproate) injections once per week.  The progesterone injections are generally initiated between weeks 16 and 20 of pregnancy and are continued until week 37.  Progesterone injections are currently available from compounding pharmacies and FDA approved formulation Makena. We believe that if clinical development is successful, LPCN 1107 would represent a very attractive alternative to the currently available progesterone injections and could expand the HPC market for pre-term birth treatment.

**Cash position.** LPCN ended 3Q17 with $25.7 million in cash. We expect a quarterly cash burn of approximately $3.5 to $4.0 million during 2H17, and believe the current cash position is sufficient to run to 2H 2018.

**Valuation.** We value LPCN through sum-of-the-parts (SOP) analysis of the potential revenue generated from LPCN 1021 and LPCN 1111 in the male hypogonadal market and LPCN 1107 in the preterm birth market. Ex-U.S. revenues for all three products are not included in our revenue assumptions and are left as upside potential.

**Exhibit 4: Target Price Based on Sum-of-Part Analysis**

| Per share value of assets | |
|---|---|
| LPCN 1021 | 4.32 |
| LPCN 1111 | 2.08 |
| LPCN 1107 | 3.96 |
| Net Cash Value | 0.61 |
| Target Price | $    10.97 |

*Source: Ladenburg Thalmann & Co. Estimates*

**COMPANY-SPECIFIC RISKS**

In addition to normal economic and market risk factors that impact most all equities, Lipocine is uniquely subject to risks typical for small- to mid- cap biotech companies:  The products the company is developing may not work, may prove to be unsafe, may never win approval and may never generate meaningful revenues.  Changing medical practices, a changing reimbursement environment and/or products introduced by others could shrink the market for the company's products.  The company may not be able to enforce its own patents or may find itself infringing on patents held by others.

Risks include but are not limited to:

If Lipocine does not receive regulatory approvals to market LPCN 1021, LPCN 1111 or LPCN 1107 in a timely manner, or at all, and their business will be materially harmed and their stock price may be adversely affected.

Even if Lipocine obtains regulatory approval to market LPCN 1021, LPCN 1111 or LPCN 1107, if it and/or LPCN 1021, LPCN 1111 or LPCN 1107 fails to achieve market acceptance, Lipocine may never record meaningful revenues.

If Lipocine's competitors develop and market products that are less expensive, more effective or safer than LPCN 1021, LPCN 1111 or LPCN 1107, or LPCN 1021, LPCN 1111 or LPCN 1107 does not achieve market acceptance versus existing treatments, Lipocine commercial opportunities may be reduced or eliminated.



Lipocine relies on third parties to manufacture and analytically test LPCN 1021, LPCN 1111 or LPCN 1107. If these third parties do not successfully manufacture and test LPCN 1021, LPCN 1111 or LPCN 1107 their business will be harmed.

The status of reimbursement from third-party payers for newly approved health care drugs is uncertain and failure to obtain adequate reimbursement could limit their ability to generate revenue.

Health care reform measures could adversely affect their business.

The intellectual property that Lipocine owns or has licensed relating to their drug candidates, LPCN 1021, LPCN 1111 or LPCN 1107, is limited, which could adversely affect their ability to compete in the market and adversely affect the value of LPCN 1021, LPCN 1111 and LPCN 1107.

Future sales or other issuances of Lipocine common stock could depress the market for their stock.

**GENERAL RISKS**

In addition, equity markets in general, and the market for biotechnology and life sciences companies in particular, have experienced extreme price and volume fluctuations that have often been unrelated or disproportionate to the operating performance of companies traded in those markets. These broad market and industry factors may materially affect the market price of our common stock, regardless of the company's development and operating performance. Factors influencing a company's stock price include:

Developments concerning a company's drug candidate(s), including the safety and efficacy results from clinical trials and regulatory filings and approvals;

Announcements of technological innovations by them or their competitors including new products;

Developments relating to their intellectual property and those of their competitors, including but not limited to, the commercialization of generic products;

Expectations regarding their financial condition including actual or anticipated operating results;

Expiration or termination of licenses, research contracts or other collaboration agreements.



**Exhibit M, Page 187**

**Exhibit 7: LPCN Model**

**Lipocine Income Statement** (December Fiscal Year; All amounts in '000s except per share items)

| | 2014E | 2015A | 1Q16A | 2Q16A | 3Q16A | 4Q16A | 2016A | 1Q17A | 2Q17A | 3Q17A | 4Q17E | 2017E | 2018E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales/Royalties:** | | | | | | | | | | | | | |
| LPCN 1021 Royalties, 1111 & 1107 Revs | - | - | - | - | - | - | - | - | - | - | - | - | 25,017 |
| Product Revenues | - | - | | | | | - | | | | | - | - |
| Other | - | - | | | | | - | | | | | - | - |
| **Total product revenue and royalties** | - | - | - | - | - | - | - | - | - | - | - | - | 25,017 |
| COGS | - | - | - | - | - | - | - | - | - | - | - | - | - |
| R&D | 15,479 | 12,580 | 2,673 | 2,568 | 1,507 | 1,328 | 8,076 | 3,084 | 4,107 | 2,047 | 2,251 | 11,488 | 13,772 |
| SG&A | 5,001 | 5,802 | 4,397 | 3,247 | 1,394 | 1,343 | 10,382 | 1,825 | 2,034 | 2,720 | 2,312 | 8,890 | 26,403 |
| Amortization of Product Rights | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other charges | - | - | - | - | 385 | 343 | 729 | - | - | - | - | - | - |
| **Total operating expenses** | 20,481 | 18,382 | 7,070 | 5,815 | 3,286 | 3,015 | 19,187 | 4,909 | 6,141 | 4,766 | 4,563 | 20,378 | 40,175 |
| **Operating income (EBIT)** | (20,481) | (18,382) | (7,070) | (5,815) | (3,286) | (3,015) | (19,187) | (4,909) | (6,141) | (4,766) | (4,563) | (20,378) | (15,157) |
| **Other expenses** | | | | | | | | | | | | | |
| Interest (expense) income, net | - | 174 | 62 | 55 | 51 | 49 | 216 | 48 | 51 | 66 | 40 | 205 | 165 |
| Other income (expense), net | 108 | - | - | - | - | - | - | - | - | - | - | - | - |
| Total other income (expense), net | 108 | 174 | 62 | 55 | 51 | 49 | 216 | 48 | 51 | 66 | 40 | 205 | 165 |
| **Pretax Income** | (20,372) | (18,208) | (7,009) | (5,760) | (3,235) | (2,966) | (18,971) | (4,861) | (6,090) | (4,700) | (4,523) | (20,173) | (14,992) |
| Benefit or (Provision for) income taxes | (0) | (0) | (1) | - | - | (0) | (1) | (1) | - | - | - | (1) | - |
| **Net income** | (20,373) | (18,208) | (7,009) | (5,760) | (3,235) | (2,966) | (18,972) | (4,861) | (6,090) | (4,700) | (4,523) | (20,174) | (14,992) |
| **EPS basic** | $ (1.60) | $ (1.11) | $ (0.38) | $ (0.32) | $ (0.18) | $ (0.16) | $ (1.04) | $ (0.26) | $ (0.31) | $ (0.22) | $ (0.21) | $ (1.01) | $ (0.60) |
| **EPS diluted, GAAP** | $ (1.60) | $ (1.11) | $ (0.38) | $ (0.32) | $ (0.18) | $ (0.16) | $ (1.04) | $ (0.26) | $ (0.31) | $ (0.22) | $ (0.21) | $ (1.01) | $ (0.60) |
| Basic shares outstanding | 12,766 | 16,471 | 18,252 | 18,252 | 18,253 | 18,275 | 18,258 | 18,711 | 19,373 | 20,891 | 21,079 | 20,013 | 25,017 |
| Diluted shares outstanding | 12,766 | 16,471 | 18,252 | 18,252 | 18,253 | 18,275 | 18,258 | 18,711 | 19,373 | 20,891 | 21,079 | 20,013 | 25,017 |
| yoy growth of shares | 73% | 29% | 0.0% | 0.9% | 25.0% | 0.9% | 15.0% | 0.9% | 0.9% | 0.9% | 0.9% | 2.0% | 25.0% |

*Source: Company documents and Ladenburg Thalmann & Co. estimates*



**Exhibit M, Page 188**

# APPENDIX A: IMPORTANT RESEARCH DISCLOSURES

**ANALYST CERTIFICATION**

I, Matthew L. Kaplan, attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report, provided, however, that:

The research analyst primarily responsible for the preparation of this research report has or will receive compensation based upon various factors, including the volume of trading at the firm in the subject security, as well as the firm's total revenues, a portion of which is generated by investment banking activities.

Additional information regarding the contents of this publication will be furnished upon request. Please contact Ladenburg Thalmann, Compliance Department, 277 Park Avenue, 26th floor, New York, New York 10172 (or call 212-409-2000) for any information regarding current disclosures, and where applicable, relevant price charts, in regard to companies that are the subject of this research report.

**COMPANY BACKGROUND**

Lipocine Inc. is a specialty pharmaceutical company focused on developing drug delivery technologies to create novel oral formulations for compounds with suboptimal bioavailability. Lipocine's lead program, LPCN 1021, is a Phase 3 ready oral testosterone with BID dosing. The company also has two earlier stage programs: LPCN 1111 which is Lipocine's next generation oral testosterone and LPCN 1107 which is an oral product for the prevention of pre-term birth. Lipocine's operations are headquartered in Salt Lake City, Utah.

**VALUATION METHODOLOGY**

We value LPCN through sum-of-the-parts (SOP) analysis of the revenue generated from LPCN 1021 and LPCN 1111 in the male hypogonadal market and LPCN 1107 in the preterm birth market in higher risk pregnancies in women with a prior history, as well as the current cash position.

**RISKS**

In addition to normal economic and market risk factors that impact most all equities, LPCN is uniquely subject to risks typical for small- to mid- cap biotech companies: The products the company is developing may not work, may prove to be unsafe, may never win approval and may never generate meaningful revenues. Changing medical practices, a changing reimbursement environment and/or products introduced by others could shrink the market for the company's products. The company may not be able to enforce its own patents or may find itself infringing on patents held by others. Additionally, in the future the company may no longer meet the requirements for continued listing on the NASDAQ Capital Market.

The company has a limited operating history and has incurred substantial operating losses since inception. This trend may continue and the company may never become profitable. The company has not yet commercialized any of its drug candidates and cannot be sure if it will ever be able to do so. If it is unable to successfully complete clinical trial programs, or if such clinical trials take longer to complete than expected, its ability to execute on its current business strategy will be adversely affected. Pre-clinical testing and clinical development are long, expensive and uncertain processes. If drug candidates do not receive the necessary regulatory approvals, the company will be unable to commercialize its drug candidates. All of its proprietary technologies are licensed to the company by third parties. Termination of these license agreements would prevent the company from developing drug candidates. LPCN relies on third parties to manufacture and analytically test its products. If these third parties do not successfully manufacture and test the products, the company's business will be harmed. Reliance on third parties, such as clinical research organizations, or CROs, may result in delays in completing, or a failure to complete, clinical trials if such CROs fail to perform under the company's agreements with them.

For a full review of LPCN specific risk factors investors should refer to the company's most recent forms 10K and 10Q on file with the SEC.

**STOCK RATING DEFINITIONS**

Buy: The stock's return is expected to exceed 12.5% over the next twelve months.
Neutral: The stock's return is expected to be plus or minus 12.5% over the next twelve months.
Sell: The stock's return is expected to be negative 12.5% or more over the next twelve months.

Investment Ratings are determined by the ranges described above at the time of initiation of coverage, a change in risk, or a change in target price. At other times, the expected returns may fall outside of these ranges because of price movement and/or volatility. Such interim deviations from specified ranges will be permitted but will become subject to review.



**Exhibit M, Page 189**

Matthew L. Kaplan 212.891.5247                                    Lipocine Inc. (LPCN)

## RATINGS DISPERSION AND BANKING RELATIONSHIPS AS OF (January 11, 2018)

| Rating | % | IB % |
|---|---|---|
| BUY | 80.7 | 57.8 |
| NEUTRAL | 19.3 | 47.1 |
| SELL | 0.0 | 0.0 |

## COMPANIES UNDER MATTHEW'S COVERAGE

AIT Therapeutics, Inc. (AITB)
Aradigm Corporation (ARDM)
Antares Pharma, Inc. (ATRS)
Axsome Therapeutics, Inc. (AXSM)
Corcept Therapeutics Inc. (CORT)
Keryx Biopharmaceuticals Inc. (KERX)
MediciNova Inc. (MNOV)
Stemline Therapeutics, Inc. (STML)
Urogen Pharma Ltd. (URGN)

Albireo Pharma, Inc. (ALBO)
Ardelyx Inc. (ARDX)
Avadel Pharmaceuticals plc (AVDL)
BioDelivery Sciences International (BDSI)
Intra-Cellular Therapies, Inc. (ITCI)
Lipocine Inc. (LPCN)
Reata Pharmaceuticals, Inc. (RETA)
TG Therapeutics, Inc. (TGTX)
United Therapeutics Corporation (UTHR)

## COMPANY SPECIFIC DISCLOSURES

Ladenburg Thalmann & Co. Inc. makes a market in Lipocine Inc..

Ladenburg Thalmann & Co. Inc. intends to seek compensation for investment banking and/or advisory services from Lipocine Inc. within the next 3 months.

## INVESTMENT RATING AND PRICE TARGET HISTORY



Lipocine Inc. Rating History as of 01/10/2018
powered by: BlueMatrix

B=Buy N=Neutral S=Sell D=Drop Coverage I=Initiate NR=Not Rated

## GENERAL DISCLAIMERS

Information and opinions presented in this report have been obtained or derived from sources believed by Ladenburg Thalmann & Co. Inc. to be reliable. The opinions, estimates and projections contained in this report are those of Ladenburg Thalmann as of the date of this report and are subject to change without notice.

Ladenburg Thalmann & Co. Inc. accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to Ladenburg Thalmann & Co. Inc. This report is not to be relied upon in substitution for the exercise of independent judgment. Ladenburg Thalmann & Co. Inc. may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and Ladenburg Thalmann & Co. Inc. is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. Investors should consider this report as only a single factor in making their investment decisions.

Some companies that Ladenburg Thalmann & Co. Inc. follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in Ladenburg Thalmann & Co. Inc. research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance.



LADENBURG
THALMANN
ESTABLISHED 1876

**Exhibit M, Page 190**

Matthew L. Kaplan 212.891.5247                                                          Lipocine Inc. (LPCN)

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. The price, value of and income from any of the securities mentioned in this report can fall as well as rise. The value of securities is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities. Investors in securities such as ADRs, the values of which are influenced by currency volatility, effectively assume this risk. Securities recommended, offered or sold by Ladenburg Thalmann & Co. Inc. (1) are not insured by the Federal Deposit Insurance Company; (2) are not deposits or other obligations of any insured depository institution; and (3) are subject to investment risks, including the possible loss of some or all of principal invested. Indeed, in the case of some investments, the potential losses may exceed the amount of initial investment and, in such circumstances; you may be required to pay more money to support these losses.

The information and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy any securities mentioned herein. This publication is confidential for the information of the addressee only and may not be reproduced in whole or in part, copies circulated, or disclosed to another party, without the prior written consent of Ladenburg Thalmann & Co. Inc.

Investing in low priced securities is speculative and carries a high degree of risk. You should independently investigate and understand all risks before making any investment. The markets for small cap stocks are highly speculative and this level of risk may not be appropriate for all investors. Some of the companies listed may be subject to the "Penny Stock Rule". Under this rule, the SEC has defined a "penny stock" to be an equity security which has a market price of less than $5.00 a share, subject to certain exemptions. Such exemptions include equity listed on NASDAQ and an equity security issued by an issuers which has (i) net tangible assets of at least $2,000,000, if such issuers has been in continuous operational for (3) years; (ii) net tangible assets of $5,000,000, if such issuer has been in continuous operation for less than (3) years; or (iii) average revenue of at least $6,000,000 for the preceding three (3) years. Unless such exemption is available, regulations require delivery of a risk disclosure document explaining the penny stock market and the risks associated therewith prior to any transaction involving a penny stock. For stock not quoted on NASDAQ or at any time that the company has less than $2,000,000 in net tangible assets, the trading in common stock is covered under Rule 15g-9 under the Securities Exchange Act of 1934 for non-NASDAQ and non-exchange listed securities. Under such rule, broker-dealers who recommend covered securities to persons other than established customers and accredited investors must make a written suitability determination for the purchaser and receive the purchaser's written agreement to a transaction prior to sale. Some securities may not be cleared for sale in all states or other jurisdictions and LTCO assumes no responsibility to apprise you of individual states and jurisdictions' regulatory restrictions. Stocks in the microcap segment of market have risks that are not as common in other segments of market. These risks include, but are not limited to, liquidity risk, which can lead to higher volatility and low trade volume, company specific risks that contribute to lower valuation, higher probability of financial default and distress.

*Member: NYSE, NYSE American, NYSE Arca, FINRA, all other principal exchanges and SIPC*

*Additional Information Available Upon Request*

*©2018 - Ladenburg Thalmann & Co. Inc. All Rights Reserved.*



**Exhibit M, Page 191**



## EQUITY RESEARCH

### ENERGY, POWER & INFRASTRUCTURE

**Energy Exploration & Production, Upstream**
Michael Schmitz, CFA                (212) 409-2028          mschmitz@ladenburg.com

**Master Limited Partnerships, Midstream**
Michael Schmitz, CFA                (212) 409-2028          mschmitz@ladenburg.com

### HEALTHCARE

**Biotechnology**
Matthew L. Kaplan                   (212) 891-5247          mkaplan@ladenburg.com

**Biotechnology**
Wangzhi Li, PhD                     (212) 409-2051          wli@ladenburg.com

**Biotechnology (Personalized Medicine)**
Kevin DeGeeter                      (212) 409-2027          kdegeeter@ladenburg.com
   James Colby                      (212) 409-2058          jcolby@ladenburg.com

**Biopharmaceuticals**
Michael Higgins                     (212) 409-2074          mhiggins@ladenburg.com

**Healthcare Equipment & Medical Technologies**
Jeffrey S. Cohen                    (561) 620-2049          jcohen@ladenburg.com

### FINANCIAL INSTITUTIONS

**Financial Services – Business Development Co. & Specialty Finance**
Mickey M. Schleien, CFA             (305) 572-4131          mschleien@ladenburg.com

**Financial Services – Business Development Co. & Specialty Finance**
Christopher Nolan, CFA              (212) 409-2068          cnolan@ladenburg.com

**Financial Services – Equity REITs**
Daniel P. Donlan                    (212) 409-2056          ddonlan@ladenburg.com
   John J. Massocca                 (212) 409-2543          jmassocca@ladenburg.com

### TECHNOLOGY

**Internet & Software Services**
Jon R. Hickman                      (510) 918-4045          jhickman@ladenburg.com

**Software and Services**
Glenn G. Mattson                    (212) 409-2073          gmattson@ladenburg.com

ADDITIONAL CONTACTS

Kenneth Brush, Head of Trading      (212) 409-2011          kbrush@ladenburg.com
Eric Novotny                        (212) 409-2011          enovotny@ladenburg.com

277 Park Avenue   26th  Floor   New York, NY 10172     (212) 409-2000

**Exhibit M, Page 192**