# Exhibit N

**Exhibit N, Page 191**

# ⊠ H.C.WAINWRIGHT&CO.

**Company Update**
*Healthcare*

**May 10, 2018**

## Lipocine, Inc. (LPCN)
## Rating: Buy

Oren Livnat, CFA
646-975-6987
olivnat@hcwresearch.com

### Expected Tlando CRL; Negative Reaction Overdone? Reiterate Buy and $3 Target

| Stock Data | 05/09/2018 |
|---|---|
| Price | $1.14 |
| Exchange | NASDAQ |
| Price Target | $3.00 |
| 52-Week High | $5.33 |
| 52-Week Low | $1.15 |
| Enterprise Value (M) | $20.2 |
| Market Cap (M) | $38 |
| Shares Outstanding (M) | 21.3 |
| 3 Month Avg Volume | 461,118 |
| Short Interest (M) | 1.75 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | $27.8 |
| Total Debt (M) | $10.0 |
| Total Cash/Share | $1.31 |

| EPS Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2017A | 2018E | 2019E |
| 1Q | (0.26) | (0.13)A | (0.16) |
| 2Q | (0.31) | (0.36) | (0.17) |
| 3Q | (0.22) | (0.28) | (0.18) |
| 4Q | (0.25) | (0.24) | (0.16) |
| FY | (1.05) | (1.00) | (0.66) |

| Revenue ($M) | | | |
|---|---|---|---|
| Full Year - Dec | 2017A | 2018E | 2019E |
| 1Q | 0.0 | 0.4A | 0.0 |
| 2Q | 0.0 | 0.0 | 0.0 |
| 3Q | 0.0 | 0.0 | 0.0 |
| 4Q | 0.0 | 0.0 | 0.7 |
| FY | 0.0 | 0.4 | 0.7 |



**As expected, Tlando received a CRL, and we see the deficiencies as consistent with known issues.** The FDA issued a Complete Response Letter (CRL) on the May 8 PDUFA date for Tlando, Lipocine's oral testosterone replacement therapy (TRT) candidate. A CRL was entirely expected by the market after the January 10 negative 13-6 vote against approval for hypogonadism by the Bone, Reproductive, and Urologic Drugs (BRUDAC) AdCom. Nevertheless, the market has reacted very negatively to the CRL, with the stock down 36% (vs. XBI up 2%). We believe this is due to what is perceived to be substantially worse CRL deficiencies than anticipated; however, we see the highlighted issues as largely consistent with the known concerns going into and out of the AdCom, and consistent with Lipocine's already disclosed clinical plans to address them. While we think Lipocine may need to convene with the Agency to review the CRL—hopefully within 45 days—for now we still assume that the company's initiated phlebotomy study, and planned short ambulatory blood pressure monitoring (ABPM) study are all the incremental clinical work the company needs to do. We've long conceded that the FDA seems generally negatively predisposed to the TRT class, hence our $3 target already reflecting a very low 25% probability of success ($12/share fully de-risked), but we've learned little new with this CRL that leads us to believe our projected 4Q19 Tlando launch (with a commercial partner) is now out of the question. We look forward to more color following an FDA Type-A meeting, but for now reiterate our Buy rating and $3 target.

**CRL issues vs. what we were expecting.** There were two primary issues that Lipocine was already addressing after the negative AdCom: (1) the reliability of testosterone clinical blood level measurements in serum tubes, for which the company had already just begun a short phlebotomy clinical study to confirm no *ex-vivo* conversion of testosterone undecanoate to testosterone; and (2) the need to rule out a potential blood pressure increase from Tlando, for which Lipocine had already submitted the protocol for a planned ABPM. Those two issues were mirrored in the CRL, and importantly, FDA promised with the CRL to respond to Lipocine's ABPM proposed protocol by May 15, so that plan may be able to move forward as planned already. What has the market further spooked now are two additional CRL deficiencies below, which we believe should be addressable with sound analysis, argument, and labelling rather than new clinical work.

**(1) Verifying the reliability of Cmax data and providing justification for non-applicability of the agreed-upon and prespecified Cmax secondary endpoints.** Yes, Tlando has excursions above defined FDA thresholds, but we believe these are arbitrary thresholds that are not validated as related to clinical AEs. We believe Lipocine has a compelling argument that Tlando has very short and transient spikes (oral, short acting) vs. much longer excursions for transdermal or even longer for injectables. Several other approved TRT drugs exceeded such thresholds. Crucially, Tlando has clean 52 week clinical safety data that looked the same or better than market leading Androgel, and with no correlation between Cmax and AEs.

(continued on next page)

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 5 - 6 of this report.

**Exhibit N, Page 192**

**(2) Determining appropriate stopping criteria that can reproducibly and accurately identify those patients who should discontinue use of Tlando.** We believe this should be a labelling issue. Proper dosing and stopping rules should be supported by the clinical program and non-clinical modeling. The DV study proved a simple titration-free regimen was effective, and we don't see why Tlando couldn't be labeled like Natesto, for example, which includes a recommendation to check testosterone serum concentrations and stop if they consistently exceed a certain threshold. If the FDA is holding Lipocine to a higher standard than all other approved TRT products, it does beg the question why, and if that would need to be resolved through dispute resolution.

**Valuation and risk.** Our $3 target is based on a 25% probability of success weighted DCF with 14% WACC discount rate and 2% terminal growth beyond 2024. We already include assumed material equity dilution in 2019 and use a FD share count of 32.3M vs. current 21.3M. Our model reflects 2019 Tlando approval, a commercial partnership, launch in 4Q19, and peak partner sales >$400M with peak 25% royalty rate to Lipocine. We include no contribution for '1107 ("oral Makena") which Lipocine could still out-license. Lipocine ended 1Q18 with $28M cash and $10M debt. Risks include Tlando regulatory uncertainty, liquidity risk, commercial partnership availability and terms, and commercial uncertainty.

Lipocine, Inc.                                                                                                           May 10, 2018

**Figure 1: 1Q 2018 Results: Actual vs. Estimates**

| ($000s except per share amount) | 1Q17A | 4Q17A | 1Q 2018 | | | | | Comment |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Actual | HCW Est. | Diff. | Street | Diff | |
| Product Revenue | 0 | 0 | 0 | 0 | 0 | | | |
| Other revenue | 0 | 0 | 428 | 0 | 428 | | | |
| **TOTAL REVENUE** | 0 | 0 | 428 | 0 | 428 | 0 | 428 | |
| R&D | 3,084 | 1,767 | 1,378 | 1,700 | (322) | 2100 | (722) | |
| SG&A | 1,825 | 3,635 | 1,687 | 2,400 | (713) | 2400 | (713) | |
| Total OPEX | 4,909 | 5,402 | 3,065 | 4,100 | (1,035) | | | |
| Other/restructuring exp | 0 | 0 | 0 | 0 | 0 | | | |
| OPERATING INCOME | (4,909) | (5,402) | (2,637) | (4,100) | 1,463 | | | |
| Interest, other | 48 | 71 | (82) | (63) | (19) | | | |
| PRETAX INCOME | (4,861) | (5,331) | (2,719) | (4,163) | 1,444 | | | |
| Taxe exp. | 1 | 0 | 1 | 0 | 1 | | | |
| **NET INCOME** | (4,861) | (5,331) | (2,720) | (4,163) | 1,443 | | | |
| Shares Out (fully diluted) | 18,711 | 21,233 | 21,265 | 21,658 | (393) | | | |
| **EPS (fully diluted)** | **($0.26)** | **($0.25)** | **($0.13)** | **($0.19)** | **$0.06** | **($0.21)** | **$0.08** | |

*Source: Company reports, FactSet, and H.C. Wainwright and Co. estimates.*

**Exhibit N, Page 194**

Lipocine, Inc.                                                                                          May 10, 2018

## Figure 2: Income Statement and Financial Projections

($ in thousands, except per-share data)

| FY: DEC | 2016A | 1Q17A | 2Q17A | 3Q17A | 4Q17A | 2017A | 1Q18A | 2Q18E | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues ($thousands):** | | | | | | | | | | | | | | | | | |
| TLANDO Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 698 | 16,918 | 40,939 | 59,630 | 82,303 | 97,985 |
| 1107 Revenue | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 428 | 0 | 0 | 0 | 428 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL REVENUE** | **0** | **0** | **0** | **0** | **0** | **0** | **428** | **0** | **0** | **0** | **428** | **698** | **16,918** | **40,939** | **59,630** | **82,303** | **97,985** |
| **Cost of Goods Sold:** | | | | | | | | | | | | | | | | | |
| COGS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GROSS PROFIT | 0 | 0 | 0 | 0 | 0 | 0 | 428 | 0 | 0 | 0 | 428 | 698 | 16,918 | 40,939 | 59,630 | 82,303 | 97,985 |
| **Operating Expenses** | | | | | | | | | | | | | | | | | |
| R&D | 8,076 | 3,084 | 4,107 | 2,047 | 1,767 | 11,004 | 1,378 | 5,378 | 3,500 | 2,500 | 12,755 | 11,200 | 11,760 | 12,348 | 12,965 | 13,614 | 14,294 |
| SG&A | 10,382 | 1,825 | 2,034 | 2,720 | 3,635 | 10,214 | 1,687 | 2,200 | 2,400 | 2,500 | 8,787 | 10,600 | 11,448 | 12,135 | 12,863 | 13,635 | 14,453 |
| Total OPEX | 18,458 | 4,909 | 6,141 | 4,766 | 5,402 | 21,218 | 3,065 | 7,578 | 5,900 | 5,000 | 21,543 | 21,800 | 23,208 | 24,483 | 25,828 | 27,248 | 28,747 |
| Other/restructuring exp | 729 | 0 | 0 | 0 | | | | | | | | | | | | | |
| OPERATING INCOME | (19,187) | (4,909) | (6,141) | (4,766) | (5,402) | (21,218) | (2,637) | (7,578) | (5,900) | (5,000) | (21,115) | (21,102) | (6,290) | 16,456 | 33,802 | 55,055 | 69,238 |
| **Non-Operating Expenses** | | | | | | | | | | | | | | | | | |
| Interest, other | 216 | 48 | 51 | 66 | 71 | 236 | (82) | (61) | (78) | (92) | (294) | (272) | (156) | 114 | 498 | 990 | 1,629 |
| Intrest exp, net | | | | | | | | | | | | | | | | | |
| Other expense | | | | | | | | | | | | | | | | | |
| PRETAX INCOME | (18,971) | (4,861) | (6,090) | (4,700) | (5,331) | (20,982) | (2,719) | (7,639) | (5,978) | (5,092) | (21,428) | (21,374) | (6,446) | 16,570 | 34,300 | 56,044 | 70,867 |
| Taxe exp. | 0.8 | 0.7 | - | - | - | 0.7 | 1 | - | - | - | 1 | - | - | - | - | - | 8,008 |
| **NET INCOME** | **(18,972)** | **(4,861)** | **(6,090)** | **(4,700)** | **(5,331)** | **(20,983)** | **(2,720)** | **(7,639)** | **(5,978)** | **(5,092)** | **(21,429)** | **(21,374)** | **(6,446)** | **16,570** | **34,300** | **56,044** | **62,859** |
| Net Inc (fully taxed @ 26%) | (18,971) | (4,861) | (6,090) | (4,700) | (5,331) | (20,982) | (2,719) | (7,639) | (5,978) | (5,092) | (21,428) | (21,374) | (6,446) | 12,428 | 25,725 | 42,033 | 53,150 |
| Shares Out (basic) | 18,258 | 18,711 | 19,373 | 20,891 | 21,233 | 20,052 | 21,265 | 21,328 | **21,371** | 21,435 | 21,350 | 32,407 | 32,667 | 32,928 | 33,191 | 33,457 | 33,725 |
| Shares Out (fully diluted) | 18,258 | 18,711 | 19,373 | 20,891 | 21,233 | 20,052 | 21,265 | 21,328 | 21,371 | 21,435 | 21,350 | 32,407 | 32,667 | 32,928 | 33,191 | 33,457 | 33,725 |
| **EPS (fully diluted)** | **($1.04)** | **($0.26)** | **($0.31)** | **($0.22)** | **($0.25)** | **($1.05)** | **($0.13)** | **($0.36)** | **($0.28)** | **($0.24)** | **($1.00)** | **($0.66)** | **($0.20)** | **$0.50** | **$1.03** | **$1.68** | **$1.86** |
| If fully taxed @ 26% | ($1.04) | ($0.26) | ($0.31) | ($0.22) | ($0.25) | ($1.05) | ($0.13) | ($0.36) | ($0.28) | ($0.24) | ($1.00) | ($0.66) | ($0.20) | $0.38 | $0.78 | $1.26 | $1.58 |

| MARGINS | 2016A | 1Q17A | 2Q17A | 3Q17A | 4Q17A | 2017A | 1Q18A | 2Q18E | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross | | | | | | | | | | | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| R&D | NM | NM | NM | NM | NM | NM | 321.8% | NM | NM | NM | NM | NM | 69.5% | 30.2% | 21.7% | 16.5% | 14.6% |
| SG&A | NM | NM | NM | NM | NM | NM | 394.2% | NM | NM | NM | NM | NM | 67.7% | 29.6% | 21.6% | 16.6% | 14.7% |
| Operating Income | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | 40.2% | 56.7% | 66.9% | 70.7% |
| Effective Tax Rate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 11.3% |
| Net Income | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | 40.5% | 57.5% | 68.1% | 64.2% |

| % YoY Growth | 2016A | 1Q17A | 2Q17A | 3Q17A | 4Q17A | 2017A | 1Q18A | 2Q18E | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL REVENUES | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | 142.0% | 45.7% | 38.0% | 19.1% |
| GROSS PROFIT | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | 142.0% | 45.7% | 38.0% | 19.1% |
| R&D | -35.8% | 15.3% | 59.9% | 35.8% | 33.0% | 36.3% | -55.3% | 30.9% | 71.0% | 41.5% | 15.9% | -12.2% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| SG&A | 78.9% | -58.5% | -37.4% | 95.0% | 170.6% | -1.6% | -7.5% | 8.2% | -11.7% | -31.2% | -14.0% | 20.6% | 8.0% | 6.0% | 6.0% | 6.0% | 6.0% |
| Operating Income | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | 105.4% | 62.9% | 25.8% |
| Net Income | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | 107.0% | 63.4% | 12.2% |

*Source: Company reports and H.C. Wainwright and Co. estimates.*

**Exhibit N, Page 195**

Lipocine, Inc.                                                                                                            May 10, 2018

---

**Important Disclaimers**

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

**RETURN ASSESSMENT**

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of May 9, 2018 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 258 | 93.14% | 92 | 35.66% |
| Neutral | 15 | 5.42% | 3 | 20.00% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 4 | 1.44% | 1 | 25.00% |
| **Total** | 277 | 100% | 96 | 34.66% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Oren Livnat, CFA , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of Lipocine, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of April 30, 2018 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of Lipocine, Inc..

Neither the research analyst nor the Firm has any material conflict of interest in of which the research analyst knows or has reason to know at the time of publication of this research report.

---

**Exhibit N, Page 196**

Lipocine, Inc.                                                                                                          May 10, 2018

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The Firm or its affiliates did not receive compensation from Lipocine, Inc. for investment banking services within twelve months before, but will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

The Firm does not make a market in Lipocine, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co, LLC. Additional information available upon request.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.