# Exhibit Q

# ⊠ H.C.WAINWRIGHT&CO.

**Company Update**
*Healthcare*

**May 15, 2019**

## Lipocine, Inc. (LPCN)
## Rating: Buy

Oren Livnat, CFA
646-975-6987
olivnat@hcwresearch.com

## One Step Closer to Tlando Approval; November 9 PDUFA; 1Q19 Results

| Stock Data | 05/14/2019 |
|---|---|
| Price | $1.93 |
| Exchange | NASDAQ |
| Price Target | $5.00 |
| 52-Week High | $2.64 |
| 52-Week Low | $1.04 |
| Enterprise Value (M) | $34 |
| Market Cap (M) | $48 |
| Shares Outstanding (M) | 24.6 |
| 3 Month Avg Volume | 347,810 |
| Short Interest (M) | 0.45 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | $22.5 |
| Total Debt (M) | $9.2 |
| Total Cash/Share | $0.92 |

*Cash (M): Incl. $5M restricted cash*

| EPS Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2018A | 2019E | 2020E |
| 1Q | (0.13) | (0.14)A | -- |
| 2Q | (0.15) | (0.15) | -- |
| 3Q | (0.12) | (0.12) | -- |
| 4Q | (0.15) | (0.15) | -- |
| FY | (0.55) | (0.55) | (0.38) |

| Revenue ($M) | | | |
|---|---|---|---|
| Full Year - Dec | 2018A | 2019E | 2020E |
| 1Q | 0.4 | 0.0A | -- |
| 2Q | 0.0 | 0.0 | -- |
| 3Q | 0.0 | 0.0 | -- |
| 4Q | 0.0 | 0.0 | -- |
| FY | 0.4 | 0.0 | 11.3 |



**Tlando NDA resubmitted with November 9 PDUFA date; NASH Phase 2 Planned to start 3Q19.** Yesterday, Lipocine announced the acceptance of the NDA resubmission for Tlando—oral testosterone replacement therapy (TRT)—and the establishment of a November 9, 2019 PDUFA date. This is consistent with our prior expectation of a potential 4Q19 approval, after which we project commercial partnering, and peak partner sales of over $300M (over $75M peak revenue to Lipocine). Recall that the Tlando resubmission follows a May 2018 Compete Response Letter (CRL), which included a few FDA requirements, the most important of which, in our view, was the completion of a positive ambulatory blood pressure monitoring (ABPM) study, which read out in March. We are optimistic about FDA approval following both the positive ABPM results and the recent FDA approval of a potential competing oral TRT, Jatenzo, from Clarus Therapeutics (private). Tlando's blood pressure data, albeit not head-to-head, looked nominally safer than Jatenzo's. The timing of a possible Jatenzo launch in uncertain, and Lipocine has actually asserted 6 patents to block its launch, but regardless how that plays out, we believe the market is more than large enough to accommodate two oral players given about 7M annual TRT prescriptions (approximately 5M injectable and 2M transdermal), and could actually benefit from the additional promotion. Our peak Tlando sales assumes under 10% volume market share. Note that our $5 target includes $3/share for Tlando which still reflects only a low 30% probability of success given the FDA's unpredictability in this space in recent years, so we see dramatic upside on the potential de-risking of an FDA approval. The other portion of our valuation is for the prospects of oral testosterone to treat NASH (designated LPCN-1144). Recall '1144 showed surprisingly strong 40% liver fat reduction, albeit in a small open-label study in "potential NASH patients" (those with elevated baseline liver fat). In 3Q19, Lipocine plans to start a proper 36-week, placebo-controlled Phase 2 in hypogonadal men with biopsy confirmed NASH patients (IND accepted). Lipocine only had $17.5M end-1Q19 cash (excluding $5M restricted), thus we assume necessary additional financing for '1144, which is already reflected in our DCF. We currently only assign a very low 10% probability of '1144 success at this point, but note that the NASH opportunity, if successful, would likely dwarf the hypogonadism TRT opportunity, even in a crowded NASH development field, given its unique mechanism of action vs. other players and a potential better tolerability profile. We reiterate our Buy rating and $5 price target.

**1Q19 financial update.** On May 8, Lipocine reported 1Q19 EPS of ($0.14) vs. our ($0.15) estimate. R&D of $1.9M was slightly below our $2.2M estimate, and SG&A of $1.2M in line. Net loss of $3.2M was slightly better than our $3.5M estimate, though share count was a bit higher given ATM financing. Operating cash burn was about $3M, plus nearly $1M of initial debt pay-down ($9.2M remaining principle to pay through 2021). The company netted $6M proceeds selling approximately 2.8M shares at $2.20 through its ATM, leaving nearly $7M authorized remaining. Lipocine ended 1Q with $22.5M total cash, or $17.5M excluding $5M restricted, which would become available upon Tlando FDA approval.

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 6 - 7 of this report.

Lipocine, Inc.                                                                                                  May 15, 2019

**A reminder of Tlando ABPM data in perspective.** In the open-label 16-week, ABPM study of 225mg BID, Tlando (n=118) demonstrated a systolic blood pressure (SBP) increase of 3.82 mmHg (95% CI 1.69-5.96). This looks similar or slightly better than Xyosted's—a 2018 approved TRT autoinjector— SBP increase at 12-weeks of 3.9 mmHg (90% CI 1.8-6.0), and apparently better than Jatenzo's (n=135) 20-week SBP increase of 4.9 mmHg (95% CI 3.5-6.4). On diastolic blood pressure (DBP), Tlando showed a 1.20 mmHg (0.31-2.08) increase vs. Xyosted's 1.5 mmHg (0.5-2.5), and Jatenzo's 2.5 mmHg (1.5-3.6). We don't have detailed hypertensive sub-group data, but Lipocine reports that 32% of subjects with baseline SBP >140 mmHg (n=25) showed actual reductions to $\leq$140 mmHg at 16-weeks whereas Jatenzo showed a greater mean BP increase in hypertensive patients vs. its overall population with SBP +5.4 (3.3-7.6). Further, note that in Lipocine's 52-week SOAR safety study, only 1% of Tlando subjects in needed an increase in their antihypertensive medications, and none were newly started, while 10% of Xyosted and 7.2% of Jatenzo patients' antihypertensive medications were increased or started. We haven't seen in Tlando ABPM data is heart rate data, where +2-4 BPM was seen in the Tlando Phase 3s versus +2.2 BPM in Jatenzo's label.

**A reminder of LPCN-1144 open-label, 16-week liver fat reduction data.** The liver fat imaging sub-study within the larger Tlando ABPM included 36 hypogonadal men, 34 of whom were evaluable (had at least 1 post-baseline MRI-PDFF). In the 8 subjects (24%) with baseline liver fat >10% (mean 21.5%), at week-16 they showed a mean and median 40% and 39% relative reduction from baseline, respectively, or an approximate 8% absolute reduction. This was consistent with the 38% relative and 7.6% absolute mean reductions in 7 subjects at the 8-week interim data. Lowering the baseline threshold to >8% liver fat, 10 subjects (29%) with mean 18.3% baseline liver fat showed a mean and median 42% relative reduction, or 7-8% absolute reduction. Note these reductions look competitive next to other NASH candidates' 17-61% relative (Figure 2) and 2.3-11.9% absolute (Figure 3) reductions. LPCN-1144 seems to exceed the 4% absolute and 29% relative liver fat reductions thought to predict actual NASH clinical efficacy, with 75-80% of subjects with baseline >8% or >10% achieving at least a 30% reduction. If we broaden the population further to the 21 (62%) of subjects with just >5% baseline liver fat (mean 12.1%), subjects had a 33% mean and 41% median relative, or 4-5% absolute, reduction. Ten (48%) of those 21 dropped to "healthy" levels under 5%—an improvement from 6 (28%) of subjects at week-8—with those subjects experiencing a mean 55% relative reduction.

**Valuation and risk.** Our $5 target includes $3/share DCF value for Tlando oral TRT for hypogonadism, plus a $2/share value for the LPCN-1144 NASH opportunity. Our Tlando DCF still reflects just a 30% probability of success, 13% WACC discount rate and 2% terminal growth beyond 2024. Our model reflects late-2019 Tlando approval, a commercial partnership, 2020 launch, and peak partner sales over $300M generating over $75M annual royalty revenue to Lipocine. For LPCN-1144, the $2/share, or approximately $70M value, reflects just a 10% probability of success of $700M peak partner sales (12.5%, or $85M royalties to Lipocine), and an 8x multiple on that. We include no value for LPCN-1107 ("oral Makena") which Lipocine may still be able to out-license. Given the limited liquidity—$17.5M end-1Q19 unrestricted cash—and the outstanding $9.2M debt due in approximate equal thirds over 2019-21, we assume material equity dilution in 2019. Our DCF reflects 40M FD shares vs. current approximate 24M outstanding. Key risks include Tlando regulatory uncertainty, liquidity risk, LPCN-1144 clinical uncertainty, Tlando intellectual property, commercial partnership availability and terms, and ultimate Tlando commercial uncertainty.

**Exhibit Q, Page 219**

Lipocine, Inc.   May 15, 2019

**Figure 1: 1Q 2019 Results: Actual vs. Estimates**

| ($000s except per share) | 1Q18A | 4Q18A | 1Q 2019 Results | | | | | Comment |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Actual | HCW Est. | Diff. | Street | Diff | |
| Product Revenue | 0 | 0 | 0 | 0 | 0 | | | |
| Other revenue | 428 | 0 | 0 | 0 | 0 | | | |
| **TOTAL REVENUE** | 428 | 0 | 0 | 0 | 0 | 0 | 0 | |
| R&D | 1,378 | 2,182 | 1,949 | 2,200 | (251) | 2,200 | (251) | Only 2 estimates |
| SG&A | 1,687 | 989 | 1,176 | 1,200 | (24) | 1,200 | (24) | Only 2 estimates |
| Total OPEX | 3,065 | 3,171 | 3,125 | 3,400 | (275) | 3,400 | (275) | |
| Other/restructuring exp | 0 | 0 | 0 | 0 | 0 | | | |
| OPERATING INCOME | (2,637) | (3,171) | (3,125) | (3,400) | 275 | | | |
| Interest, other | (82) | (54) | (99) | (104) | 6 | | | |
| PRETAX INCOME | (2,719) | (3,225) | (3,224) | (3,504) | 280 | | | |
| Taxe exp. | 1 | 0 | 1 | 0 | 1 | | | |
| **NET INCOME** | (2,720) | (3,225) | (3,224) | (3,504) | 280 | (3,400) | 176 | Only 2 estimates |
| Shares Out (fully diluted) | 21,265 | 21,614 | 23,383 | 23,064 | 319 | | | |
| **EPS (fully diluted)** | **($0.13)** | **($0.15)** | **($0.14)** | **($0.15)** | **$0.01** | ($0.14) | $0.00 | Only 2 estimates |

*Source: Company reports, FactSet (FDS; not rated), and H.C. Wainwright and Co. estimates.*

**Exhibit Q, Page 220**

Lipocine, Inc.                                                                                               May 15, 2019

**Figure 2: LPCN-1144 (Oral Testosterone): Comparison of Relative Change of Liver Fat (MRI-PDFF) vs. Other NASH Candidates**



*Source: Company reports; NGM282 (Harrison et al., NASH-TAG 2018); VK-2809 (Press Release, Nov 2018); MGL-3196 (Corp ppt, Evercore ISI, Nov 2018); BMS986036 (Sanyal et al., NASH-TAG 2018); NGM313 (Shankar et al., AASLD 2018); GS 0976 (Press Release, Oct 2018); OCA (Middleton et al., Gastroenterology 2017)*

**Figure 3: LPCN-1144 (Oral Testosterone): Comparison of Absolute Change of Liver Fat (MRI-PDFF) vs. Other NASH Candidates**

*Source: Company reports; NGM282 (Harrison et al., NASH-TAG 2018); VK-2809 (Press Release, Nov 2018); MGL-3196 (Corp ppt, Evercore ISI, Nov 2018); BMS986036 (Sanyal et al., NASH-TAG 2018); NGM313 (Shankar et al., AASLD 2018); GS 0976 (Press Release, Oct 2018); OCA (Middleton et al., Gastroenterology 2017)*

**Exhibit Q, Page 221**

Lipocine, Inc.    May 15, 2019

**Figure 4: Income Statement and Financial Projections**

($ in thousands, except per-share data)

| FY: DEC | 2016A | 2017A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19E | 3Q19E | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues ($thousands):** | | | | | | | | | | | | | | | | | |
| TLANDO Revenue | | | | | | | 0 | | 0 | 0 | 0 | 0 | 11,259 | 30,313 | 44,586 | 55,938 | 75,378 |
| '1107 Revenue | | | | | | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Revenue | 0 | 0 | 428 | 0 | 0 | 0 | 428 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL REVENUE** | **0** | **0** | **428** | **0** | **0** | **0** | **428** | **0** | **0** | **0** | **0** | **0** | **11,259** | **30,313** | **44,586** | **55,938** | **75,378** |
| COGS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GROSS PROFIT | 0 | 0 | 428 | 0 | 0 | 0 | 428 | 0 | 0 | 0 | 0 | 0 | 11,259 | 30,313 | 44,586 | 55,938 | 75,378 |
| **Operating Expenses** | | | | | | | | | | | | | | | | | |
| R&D | 8,076 | 11,004 | 1,378 | 1,482 | 1,423 | 2,182 | 6,465 | 1,949 | 2,200 | 3,500 | 4,500 | 12,149 | 20,000 | 14,000 | 14,700 | 14,700 | 14,700 |
| SG&A | 10,382 | 10,214 | 1,687 | 1,682 | 930 | 989 | 5,289 | 1,176 | 1,400 | 1,500 | 1,500 | 5,576 | 6,970 | 7,667 | 8,127 | 8,615 | 9,131 |
| Total OPEX | 18,458 | 21,218 | 3,065 | 3,164 | 2,353 | 3,171 | 11,754 | 3,125 | 3,600 | 5,000 | 6,000 | 17,725 | 26,970 | 21,667 | 22,827 | 23,315 | 23,831 |
| Other/restructuring exp | 729 | | | | | | | | | | | | | | | | |
| OPERATING INCOME | (19,187) | (21,218) | (2,637) | (3,164) | (2,353) | (3,171) | (11,326) | (3,125) | (3,600) | (5,000) | (6,000) | (17,725) | (15,711) | 8,646 | 21,759 | 32,623 | 51,547 |
| **Non-Operating Expenses** | | | | | | | | | | | | | | | | | |
| Interest, other | 216 | 236 | (82) | (91) | (106) | (54) | (334) | (99) | (118) | (40) | 37 | (220) | 218 | 546 | 1,108 | 1,835 | 2,905 |
| PRETAX INCOME | (18,971) | (20,982) | (2,719) | (3,256) | (2,459) | (3,225) | (11,659) | (3,224) | (3,718) | (5,040) | (5,963) | (17,945) | (15,493) | 9,192 | 22,867 | 34,459 | 54,451 |
| Taxe exp. | 0.8 | 0.7 | 0.7 | - | - | - | 1 | 1 | - | - | - | 1 | - | - | - | - | - |
| **NET INCOME** | **(18,972)** | **(20,983)** | **(2,720)** | **(3,256)** | **(2,459)** | **(3,225)** | **(11,660)** | **(3,224)** | **(3,718)** | **(5,040)** | **(5,963)** | **(17,946)** | **(15,493)** | **9,192** | **22,867** | **34,459** | **54,451** |
| Shares Out (fully diluted) | 18,258 | 20,052 | 21,265 | 21,265 | 21,267 | 21,614 | 21,352 | 23,383 | 24,750 | 40,941 | 41,043 | 32,529 | 41,207 | 42,266 | 42,598 | 42,933 | 43,271 |
| **EPS (fully diluted)** | **($1.04)** | **($1.05)** | **($0.13)** | **($0.15)** | **($0.12)** | **($0.15)** | **($0.55)** | **($0.14)** | **($0.15)** | **($0.12)** | **($0.15)** | **($0.55)** | **($0.38)** | **$0.22** | **$0.54** | **$0.80** | **$1.26** |

| MARGINS | 2016A | 2017A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19E | 3Q19E | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross | | | | | | | | | | | #DIV/0! | #DIV/0! | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| R&D | NM | NM | 321.8% | NM | NM | NM | 1510.3% | NM | NM | NM | NM | NM | 177.6% | 46.2% | 33.0% | 26.3% | 19.5% |
| SG&A | NM | NM | 394.2% | NM | NM | NM | 1235.7% | NM | NM | NM | NM | NM | 61.9% | 25.3% | 18.2% | 15.4% | 12.1% |
| Operating Income | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | 28.5% | 48.8% | 58.3% | 68.4% |
| Effective Tax Rate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Net Income | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | 30.3% | 51.3% | 61.6% | 72.2% |

| %YoY Change | 2016A | 2017A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19E | 3Q19E | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL REVENUES | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | 169.2% | 47.1% | 25.5% | 34.8% |
| GROSS PROFIT | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | 169.2% | 47.1% | 25.5% | 34.8% |
| R&D | -35.8% | 36.3% | -55.3% | -63.9% | -30.5% | 23.5% | -41.3% | 41.5% | 48.4% | 146.0% | 106.2% | 87.9% | 64.6% | -30.0% | 5.0% | 0.0% | 0.0% |
| SG&A | 78.9% | -1.6% | -7.5% | -17.3% | -65.8% | -72.8% | -48.2% | -30.3% | -16.8% | 61.3% | 51.6% | 5.4% | 25.0% | 10.0% | 6.0% | 6.0% | 6.0% |
| Operating Income | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | 151.7% | 49.9% | 58.0% |
| Net Income | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | 148.8% | 50.7% | 58.0% |

*Source: Company reports and H.C. Wainwright and Co. estimates.*

**Exhibit Q, Page 222**

### Important Disclaimers

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

### RETURN ASSESSMENT

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



**Rating and Price Target History for: Lipocine, Inc. (LPCN-US) as of 05-14-2019**

Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of May 14, 2019 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 313 | 91.25% | 116 | 37.06% |
| Neutral | 26 | 7.58% | 6 | 23.08% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 4 | 1.17% | 0 | 0.00% |
| **Total** | 343 | 100% | 122 | 35.57% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Oren Livnat, CFA , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of Lipocine, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of April 30, 2019 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of Lipocine, Inc..

Neither the research analyst nor the Firm has any material conflict of interest in of which the research analyst knows or has reason to know at the time of publication of this research report.

**Exhibit Q, Page 223**

Lipocine, Inc.                                                                                                     May 15, 2019

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The Firm or its affiliates did not receive compensation from Lipocine, Inc. for investment banking services within twelve months before, but will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

The Firm does not make a market in Lipocine, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.