# Exhibit R



# H.C.WAINWRIGHT&CO.

**Target Price Revision**
Healthcare

**November 11, 2019**

**Lipocine, Inc. (LPCN)**
**Rating: Buy**

Oren Livnat, CFA
646-975-6987
olivnat@hcwresearch.com

## After Another CRL, Assume Tlando Is Toast; Shifting Gears Entirely to NASH Story With Mid-2020 Phase 2 Data; Lower to $2

| Stock Data | 11/08/2019 |
| --- | --- |
| Price | $2.73 |
| Exchange | NASDAQ |
| Price Target | $2.00 |
| 52-Week High | $3.45 |
| 52-Week Low | $1.04 |
| Enterprise Value (M) | $57 |
| Market Cap (M) | $68 |
| Shares Outstanding (M) | 24.8 |
| 3 Month Avg Volume | 206,267 |
| Short Interest (M) | 0.15 |

| Balance Sheet Metrics | |
| --- | --- |
| Cash (M) | $19.5 |
| Total Debt (M) | $8.3 |
| Total Cash/Share | $0.78 |

*Cash (M): Incl. $5M restricted cash*

| EPS Diluted | | | |
| --- | --- | --- | --- |
| Full Year - Dec | 2018A | 2019E | 2020E |
| 1Q | (0.13) | (0.14)A | -- |
| 2Q | (0.15) | (0.14)A | -- |
| 3Q | (0.12) | (0.16) | -- |
| 4Q | (0.15) | (24.00) | -- |
| FY | (0.55) | (0.68) | (0.58) |

| Revenue ($M) | | | |
| --- | --- | --- | --- |
| Full Year - Dec | 2018A | 2019E | 2020E |
| 1Q | 0.4 | 0.0A | -- |
| 2Q | 0.0 | 0.0 | -- |
| 3Q | 0.0 | 0.0 | -- |
| 4Q | 0.0 | 0.0 | -- |
| FY | 0.4 | 0.0 | 0.0 |



**FDA not budging on TRT Cmax thresholds; we remove Tlando from model. Now await '1144 liver fat data in confirmed NASH patients.** Over the weekend, the FDA hit Lipocine with another Complete Response Letter (CRL) for Tlando, the company's oral testosterone replacement therapy (TRT). We had always seen this as risky the FDA's apparent discomfort in the TRT space, hence a 30% probability of success baked into our Tlando valuation. The CRL identifies one deficiency, the issue of Tlando Cmax excursion rates exceeding the agency's upper limits, thus an ostensible safety issue. If the agency is going to hold to these arbitrary, in our view, Cmax thresholds, then we do not see any path to approval for Tlando. Lipocine will have a post-action FDA meeting, and we can't rule out a Formal Dispute Resolution, but for now we have to assume FDA will not budge, and we think all focus will have to shift to the ongoing Phase 2 of LPCN-1144— oral testosterone for NASH—for which liver-fat MRI data is expected mid-2020. Our previous $5 target assumed $3/share for future Tlando royalties, and $2/share for NASH, so for now we entirely remove the former, and lower our target to $2 versus a current intraday price of $0.82. Clearly, until more information emerges, modeling Lipocine beyond 2020 is guesswork, and the liquidity overhang is daunting, as an estimated $10-11M unrestricted cash at end-3Q ($14.5M at end-2Q) would likely only extend to 3Q20 including assumed post-CRL cost cutting. That said, given surprisingly strong '1144 40% liver fat reduction observed to date— albeit in a small, open-label group of "potential NASH patients" (those with elevated baseline liver fat) in a sub-study within the Tlando ambulatory blood pressure study—we think there is a real possibility of good mid-2020 Phase 2 data in biopsy-confirmed NASH patients. NASH is a crowded area, but Lipocine theoretically has a differentiated mechanism and tolerability profile than many other contenders, and the opportunity potentially dwarfs TRT. NASH is clearly an extremely high-risk, high-reward play at this point, and our $2 target reflects just a 15% probability of ultimate success. Essentially, with the stock down sub-$1 intraday, we see positively skewed risk-reward heading into '1144 Phase 2 data from these levels.

**Tlando CRL not shocking, but extremely disappointing.** This Tlando rejection comes on the heals of a May 2018 CRL, which followed a negative 13-6 FDA AdCom vote January 2018. The concern then was around safety; that Lipocine had to address concern of increased blood pressure (BP) with an additional ambulatory blood pressure monitoring (ABPM) study. That CRL also questioned potential confounding ex-vivo testosterone conversion, requiring an additional phlebotomy study. Lastly, there was the issue of Cmax thresholds being exceeded, but we always believed actual safety data, both from Lipocine's prior 52-week safety study and the ABPM, would trump arbitrary thresholds. Those Cmax ceilings were based on long-acting injectables. we never saw the relevance to a daily oral formulation where the Cmax spike lasts, say, an hour vs. weeks-long injectable excursions. Lipocine's long-term safety data had shown no correlation of AEs to Cmax excursions. Then, Lipocine successfully completed the ABPM showing nominally lower BP increases than Jatenzo, an oral TRT approved in May, and a similar effect as the approved weekly injectab, Xyosted. That, plus a positive phlebotomy study showing no ex-vivo conversion, in our view, should have satisfied the FDA and AdCom concerns and been approvable.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 5 - 6 of this report.

**Exhibit R, Page 226**

Lipocine, Inc.                                                                                                    November 11, 2019

**A reminder of prior LPCN-1144 open-label, 16-week liver fat reduction data.** Lipocine is currently enrolling its Phase 2 '1144 study in up to n=75 adult men with biopsy confirmed NASH (NAS $\geq$4), randomized 1:1:1 to two formulations (both 450mg/day) or placebo. The primary endpoint is liver fat reduction (MRI-PDFF) from baseline at 12 weeks. Treatment will continue for 36 weeks, with liver biopsies taken and NASH activity evaluated (histopathological readings). In mid-2020, we expect the 12-week liver fat data. The prior liver fat imaging sub-study within the larger Tlando ABPM included 36 hypogonadal men, 34 of whom were evaluable (had at least 1 post-baseline MRI-PDFF). In the 8 subjects (24%) with baseline liver fat >10% (mean 21.5%), at week-16 they showed a mean and median 40% and 39% relative reduction from baseline, respectively, or an approximate 8% absolute reduction. This was consistent with the 38% relative and 7.6% absolute mean reductions in 7 subjects at the 8-week interim data. Lowering the baseline threshold to >8% liver fat, 10 subjects (29%) with mean 18.3% baseline liver fat showed a mean and median 42% relative reduction, or 7-8% absolute reduction. Note these reductions look competitive next to other NASH candidates' 17-61% relative (Figure 1) and 2.3-11.9% absolute (Figure 2) reductions. LPCN-1144 seems to exceed the 4% absolute and 29% relative liver fat reductions thought to predict actual NASH clinical efficacy, with 75-80% of subjects with baseline >8% or >10% achieving at least a 30% reduction. If we broaden the population further to the 21 (62%) of subjects with just >5% baseline liver fat (mean 12.1%), subjects had a 33% mean and 41% median relative, or 4-5% absolute, reduction. Ten (48%) of those 21 dropped to "healthy" levels under 5%—an improvement from 6 (28%) of subjects at week-8—with those subjects experiencing a mean 55% relative reduction.

**Valuation and risk.** Our $2 price target is reduced from prior $5 with the removal of Tlando ($3/share) entirely. Admittedly, at this stage, it is impossible to accurately model LPCN long-term, without yet knowing management's post-Tlando CRL plans, and the remaining liquidity overhang, but we believe LPCN-1144 for NASH merits some highly risk-adjusted value given prior open-label liver fat reduction data and upcoming mid-2020 Phase 2 paired-biopsy NASH data. Our $2/share LPCN-1144 value, or approximately $50M market cap, reflects just a 15% probability of success of approximately $700M peak partner sales, yielding peak $85M annual royalties to Lipocine (13% blended royalty), applying an 8x multiple on that on that royalty revenue, and discounting back 9 years at 10% WACC. We include no value for any other LPCN pipeline. Given the limited liquidity—$19.5M end-2Q19 cash ($14.5M unrestricted) and the $8.3M end-2Q19 remaining debt principle due in approximate equal thirds over 2019-21, we assume cash only lasts until 3Q20 (after post-CRL cost cutting). Key risks include liquidity risk and LPCN-1144 clinical trial risk, intellectual property risk, pipeline partnership availability and terms, and ultimate pipeline commercial uncertainty.

**Exhibit R, Page 227**

Lipocine, Inc.                                                                                November 11, 2019

**Figure 1: LPCN-1144 (Oral Testosterone): Comparison of Relative Change of Liver Fat (MRI-PDFF) vs. Other NASH Candidates**



*Source: Company reports; NGM282 (Harrison et al., NASH-TAG 2018); VK-2809 (Press Release, Nov 2018); MGL-3196 (Corp ppt, Evercore ISI, Nov 2018); BMS986036 (Sanyal et al., NASH-TAG 2018); NGM313 (Shankar et al., AASLD 2018); GS 0976 (Press Release, Oct 2018); OCA (Middleton et al., Gastroenterology 2017)*

**Figure 2: LPCN-1144 (Oral Testosterone): Comparison of Absolute Change of Liver Fat (MRI-PDFF) vs. Other NASH Candidates**

*Source: Company reports; NGM282 (Harrison et al., NASH-TAG 2018); VK-2809 (Press Release, Nov 2018); MGL-3196 (Corp ppt, Evercore ISI, Nov 2018); BMS986036 (Sanyal et al., NASH-TAG 2018); NGM313 (Shankar et al., AASLD 2018); GS 0976 (Press Release, Oct 2018); OCA (Middleton et al., Gastroenterology 2017)*

Lipocine, Inc.                                                                                          November 11, 2019

**Figure 3: Income Statement and Financial Projections**

($ in thousands, except per-share data)

| FY: DEC | 2016A | 2017A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19A | 3Q19E | 4Q19E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues ($thousands):** | | | | | | | | | | | | | | |
| TLANDO Revenue | | | | | | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| '1107 Revenue | | | | | | | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Revenue | 0 | 0 | 428 | 0 | 0 | 0 | 428 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL REVENUE** | **0** | **0** | **428** | **0** | **0** | **0** | **428** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| COGS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GROSS PROFIT | 0 | 0 | 428 | 0 | 0 | 0 | 428 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Operating Expenses** | | | | | | | | | | | | | | |
| R&D | 8,076 | 11,004 | 1,378 | 1,482 | 1,423 | 2,182 | 6,465 | 1,949 | 1,964 | 2,500 | 4,500 | 10,913 | 18,000 | 9,000 |
| SG&A | 10,382 | 10,214 | 1,687 | 1,682 | 930 | 989 | 5,289 | 1,176 | 1,386 | 1,400 | 1,400 | 5,362 | 5,600 | 6,160 |
| Total OPEX | 18,458 | 21,218 | 3,065 | 3,164 | 2,353 | 3,171 | 11,754 | 3,125 | 3,351 | 3,900 | 5,900 | 16,276 | 23,600 | 15,160 |
| Other/restructuring exp | 729 | | | | | | | | | | | | | |
| OPERATING INCOME | (19,187) | (21,218) | (2,637) | (3,164) | (2,353) | (3,171) | (11,326) | (3,125) | (3,351) | (3,900) | (5,900) | (16,276) | (23,600) | (15,160) |
| **Non-Operating Expenses** | | | | | | | | | | | | | | |
| Interest, other | 216 | 236 | (82) | (91) | (106) | (54) | (334) | (99) | (80) | (98) | (104) | (381) | (185) | 1 |
| PRETAX INCOME | (18,971) | (20,982) | (2,719) | (3,256) | (2,459) | (3,225) | (11,659) | (3,224) | (3,431) | (3,998) | (6,004) | (16,656) | (23,785) | (15,159) |
| Taxe exp. | 0.8 | 0.7 | 0.7 | - | - | - | 1 | 1 | - | - | - | 1 | - | - |
| **NET INCOME** | **(18,972)** | **(20,983)** | **(2,720)** | **(3,256)** | **(2,459)** | **(3,225)** | **(11,660)** | **(3,224)** | **(3,431)** | **(3,998)** | **(6,004)** | **(16,657)** | **(23,785)** | **(15,159)** |
| Shares Out (fully diluted) | 18,258 | 20,052 | 21,265 | 21,265 | 21,267 | 21,614 | 21,352 | 23,383 | 24,591 | 24,665 | 24,739 | 24,345 | 40,717 | 41,043 |
| **EPS (fully diluted)** | **($1.04)** | **($1.05)** | **($0.13)** | **($0.15)** | **($0.12)** | **($0.15)** | **($0.55)** | **($0.14)** | **($0.14)** | **($0.16)** | **($0.24)** | **($0.68)** | **($0.58)** | **($0.37)** |

| MARGINS | 2016A | 2017A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19A | 3Q19E | 4Q19E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross | | | | | | | | | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| R&D | NM | NM | 321.8% | NM | NM | NM | 1510.3% | NM | NM | NM | NM | NM | NM | NM |
| SG&A | NM | NM | 394.2% | NM | NM | NM | 1235.7% | NM | NM | NM | NM | NM | NM | NM |
| Operating Income | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |
| Effective Tax Rate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Net Income | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |

| %YoY Change | 2016A | 2017A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19A | 3Q19E | 4Q19E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL REVENUES | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |
| GROSS PROFIT | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |
| R&D | -35.8% | 36.3% | -55.3% | -63.9% | -30.5% | 23.5% | -41.3% | 41.5% | 32.5% | 75.7% | 106.2% | 68.8% | 64.9% | -50.0% |
| SG&A | 78.9% | -1.6% | -7.5% | -17.3% | -65.8% | -72.8% | -48.2% | -30.3% | -17.6% | 50.5% | 41.5% | 1.4% | 4.4% | 10.0% |
| Operating Income | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |
| Net Income | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |

*Source: Company reports and H.C. Wainwright and Co. estimates.*

**Exhibit R, Page 229**

Lipocine, Inc.                                                                                                    November 11, 2019

## Important Disclaimers

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

### RETURN ASSESSMENT

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of November 8, 2019 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 381 | 92.48% | 128 | 33.60% |
| Neutral | 30 | 7.28% | 3 | 10.00% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 1 | 0.24% | 1 | 100.00% |
| **Total** | 412 | 100% | 132 | 32.04% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Oren Livnat, CFA , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of Lipocine, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of October 31, 2019 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of Lipocine, Inc..

Neither the research analyst nor the Firm knows or has reason to know of any other material conflict of interest at the time of publication of this research report.

**Exhibit R, Page 230**

Lipocine, Inc.                                                                                          November 11, 2019

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The Firm or its affiliates did not receive compensation from Lipocine, Inc. for investment banking services within twelve months before, but will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

The Firm does not make a market in Lipocine, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.