**THE ROSEN LAW FIRM, P.A**.
Phillip Kim (*Pro Hac Vice*)
Daniel Tyre-Karp (*Pro Hac Vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com
         dtyrekarp@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

**JAMES DODGE RUSSELL & STEPHENS, P.C.**
Mitchell A. Stephens (11775)
10 West Broadway, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 363-6363
Email: mstephens@jdrslaw.com

*Liaison Counsel for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SOLOMON ABADY, Individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>LIPOCINE INC. and MAHESH V. PATEL,<br><br>    *Defendants.* | **DECLARATION OF PHILLIP KIM IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br><u>CLASS ACTION</u><br><br>Civil No. 2:19-cv-00906-CW-CMR<br><br>District Judge Clark Waddoups<br>Magistrate Judge Cecilia M. Romero |

I, Phillip Kim, declare as follows:

1.      I am an attorney licensed to practice law in the State of New York, and I have been admitted pro hac vice in the United States District Court for the District of Utah for purposes of this action. (ECF 34.) I am a partner of The Rosen Law Firm, P.A., Lead Counsel Plaintiffs in the above-titled action. I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws. I have personal knowledge of the following and, if called as a witness, could and would testify competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of the transcript of the Motion Hearing held before the Honorable Dee Benson on October 24, 2017 in the action entitled *In re Lipocine Inc. Securities Litig.*, Case No. 2:17-CV-00182 (D. Utah Mar. 14, 2017).

3.      Attached as Exhibit 2 is a true and correct copy of the Final Judgment and Order of Dismissal with Prejudice, dated July 9, 2018, in the action entitled *In re Lipocine Inc. Securities Litig.*, Case No. 2:17-CV-00182 (D. Utah Mar. 14, 2017) (Dkt. No. 84).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on September 22, 2020 in Philadelphia, Pennsylvania.

*/s/ Phillip Kim*
Phillip Kim