Koji F. Fukumura (*Pro Hac Vice*)
Ryan E. Blair (*Pro Hac Vice*)
Heather M. Speers (*Pro Hac Vice*)
Linh K. Nguyen (*Pro Hac Vice*)
**COOLEY LLP**
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Email: kfukumura@cooley.com
        rblair@cooley.com
        hspeers@cooley.com
        lknguyen@cooley.com

Milo Steven Marsden (#4879)
**DORSEY & WHITNEY LLP**
111 South Main Street, Twenty-First Floor
Salt Lake City, Utah 84111-2176
Telephone: (801) 933-7360
Email: marsden.steve@dorsey.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| SOLOMON ABADY, Individually and On Behalf of All Others Similarly Situated,<br><br>    Lead Plaintiff,<br><br> vs.<br><br>LIPOCINE INC. and MAHESH V. PATEL,<br><br>    Defendants. | **DEFENDANTS' NOTICE OF SUBSEQUENT DEVELOPMENT IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Civil No. 2:19-cv-00906-CW<br><br>District Judge Clark Waddoups<br>Magistrate Judge Cecilia M. Romero |

Defendants Lipocine Inc. ("Lipocine" or the "Company") and Mahesh V. Patel (collectively, "Defendants") respectfully submit this notice of a significant development in the case, pursuant to District of Utah Civil Rule 7-1 (c). The significant development, as reflected in the document attached hereto as Exhibit A, is Lipocine's Form 8-K, filed with the U.S. Securities and Exchange Commission on March 29, 2022, announcing the FDA's approval of TLANDO.

The Form 8-K attached as Exhibit A pertains to pages 1-9, 11-18, 20-22, and 23-25 of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws. (Dkt. No. 50.) In their Opposition, Plaintiffs repeatedly argue that Defendants misrepresented the likelihood of FDA approval of TLANDO. (*See id.*) Exhibit A is relevant to these pages of the Opposition because Exhibit A reflects the announcement that TLANDO was approved by the FDA on March 28, 2022.

Dated: April 11, 2022

COOLEY LLP
Koji F. Fukumura
Ryan E. Blair
Heather M. Speers
Linh K. Nguyen

By:  */s/ Ryan E. Blair*
Ryan E. Blair

DORSEY & WHITNEY LLP
Milo Steven Marsden

*Attorneys for Defendants*

-2-