# Exhibit A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 8-K

### CURRENT REPORT

Pursuant to Section 13 or 15(d) of
The Securities Exchange Act of 1934

Date of Report (Date of Earliest Event Reported):
**March 29, 2022**



# LIPOCINE INC.

(Exact name of registrant as specified in its charter)

Commission File No. 001-36357

| Delaware | 99-0370688 |
|---|---|
| (State or other jurisdiction of incorporation) | (IRS Employer Identification Number) |

**675 Arapeen Drive, Suite 202**
**Salt Lake City, Utah 84108**
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: **(801) 994-7383**

Former name or former address, if changed since last report: **Not Applicable**

————————————————

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.0001 per share | LPCN | The NASDAQ Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR § 230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR § 240.12b-2).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 8.01 Other Events**

On March 29, 2022, the Company issued a press release announcing that its partner Antares Pharma received FDA approval of TLANDO™. The press release is filed as Exhibit 99.1 and is incorporated herein by reference.

**Item 9.01 Financial Statements and Exhibits.**

(d)        Exhibits

The following exhibits are filed with this report:

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release announcing "Lipocine Announces Its Partner Received FDA Approval of TLANDO™" |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

SIGNATURES

       Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

              LIPOCINE INC.

Date:  March 29, 2022                 By: */s/ Mahesh V. Patel*

                       Mahesh V. Patel
                       President and Chief Executive Officer