AO 450 (Rev 5/85) Judgment in a Civil Case

# United States District Court

District of Utah

SOLOMON ABADY, et al.,

    Plaintiffs

v.

LIPOCINE, INC., et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-CV-00906-CW-CMR

IT IS ORDERED AND ADJUDGED

that this case is DISMISSED WITH PREJUDICE. The Clerk of the Court is directed to close this action.

April 14, 2023
*Date*

BY THE COURT:

Clark Waddoups
United States District Judge